**Before the Honourable Judges of the Court in this District sitting
in the County of Washington, and in the City of Washington, in
Columbia, as ceded from the sovereign peoples of Maryland and
the sovereign and repentant peoples of Virginia, as a court of
record, with common law, the law merchant, the law martial,
equity, admiralty and maritime jurisdiction**

**Oh yeah! OH YEAH! In the OYER season, On pleadings by and for
the PEOPLE and persons of the several States Sovereign, in
COMPLAINT for conspiracy to deprive of civil and political rights
and jus tertii as Relator
With concomitant demand for an inclusive venire de medietate
linguae, of Citizen Potawatomi Indians to try this matter by their
Jural Assembly as the jury body in this Honourable Court**

**America ex rel Dr. Paul Maas Risenhoover /X/ as Relator for the
peoples Sovereign of the several States**

**vs.                      in the DOCKET as Civil Case No. _____**

**Anna von Reitz, aka ANNA von REITZINGER, now tradenamed
ANNA REITZ, as successor governing authority to the former
municipal bond entity Anna von REITZENGER, as successor
governing authority to the former Territorial
"Citi-zen" Anna von REITZ, and any permutations and
combinations thereof such as A. von Reitz, Mrs. Reitz, Madam
REITZ, Madame Reitz, Mme. Reitz, or Mr. and Mrs. Reitz (a
married couple, See LEMON v Globetrotters)
And her alter egos and subordinate GENERAL or FLAG
OFFICERS, or her fellow proper and private persons and litigants
parties herein
As well as any JOHN Q. DOE or JANE Q. ROE, and permutations
or combinations, mutatis mutandis
And**

**cwheileg@gmail.com, jporter2327@yahoo.com,
jacobiam543@gmail.com, keno.steve@yahoo.com,
davecoffelt@comcast.net, Cjasbedwell@yahoo.com,
PleaseHelp@SaveAaliyah.com, rdriskell@unseen.is,**

**58michaeld@gmail.com, estherwilliams@comcast.net,
Janis80138@msn.com, jbm41161@yahoo.com,
xxjohnnyg@yahoo.com, skyleramelia@yahoo.com,
PlexusByE@yahoo.com, gregaj7@gmail.com,
virginianye27@gmail.com, SaveMaryAndGrace@gmail.com,
exchange4madi@gmail.com, marrysehrt@gmail.com,
Sueawhitney@gmail.com, Jessjacobs23@gmail.com,
Silvatra@Gmail.com, xxairmen@yahoo.com,
FrankaSchneider@gmail.com, intlekoferb@yahoo.com.I,
enlaw14@msn.com, kobi44@hotmail.com,
Davidgraham853@gmail.com, 55tdavis55@gmail.com,
Fredwithfish@gmail.com, coloradoclgj2014forever@gmail.com,
jinaykeller@yahoo.com**

**Salt lake city, Utah84106(801)652-8730 [Fredwithfish@gmail.com](mailto:Fredwithfish@gmail.com)46**

21250 Dave Wood Road Montrose, Colorado [81403] (970)249-8879 email:
[cwheileg@gmail.com](mailto:cwheileg@gmail.com)

2. Anna Maria Riezinger c/o Box 520994 Rural Route 99652 Big Lake,
Alaska

3. James Clinton Belcher c/o Box 520994 Rural Route 99652 Big Lake,
Alaska

4. Sandra Lee Tyler 21250 Dave Wood Road Montrose, Colorado [81403]
(970) 249-8879 4

5. James A. Porter P.O. Box 531 Ridgway, Colorado [81432] (970)615-0381
[jporter2327@yahoo.com](mailto:jporter2327@yahoo.com)

6. James Robert c/o North Carolina, c/o 217 Paragon Parkway, #103, Clyde
near [28721] 828-276-6163 [jacobiam543@gmail.com](mailto:jacobiam543@gmail.com)

7. Rocky-Lee:Hutson 525 1/2 32 1/8 Road Clifton, Colorado [81520-9998]
970) 589-2336

8. gary-dean: darby C/o General Post-Office Private mailbox 1290 Board
shanty Rd Grants Pass, Oregon Nation Near [97527-9998] Non domestic
541-862-2074

9. Stephen Michael Keno 1020 Hurt dr. Pagosa Springs, Co. 81147 970-731-9729 keno.steve@yahoo.com

10. David Lynn Coffelt

11. Marcia Ann Coffelt 2000 W 92nd Avenue - Lot 85 Federal Heights, CO 80260 303-853-9914 Res 720-206-8717 Cell davecoffelt@comcast.net

12. Connie Joy Bedwell 7042 Sprig Dr. Sacramento, California 95842 5 Cjasbedwell@yahoo.com / PleaseHelp@SaveAaliyah.com   (916) 532-2801

13. Aaliyah Sky Bedwell (Authorizing agent: Connie Joy Bedwell) 7042 Sprig Dr. Sacramento, California 95842 Cjasbedwell@yahoo.com / PleaseHelp@SaveAaliyah.com   (916) 532-2801

14. Timothy Brock Bedwell (Authorizing agent: Connie Joy Bedwell) 7042 Sprig Dr. Sacramento, California 95842 Cjasbedwell@yahoo.com / PleaseHelp@SaveAaliyah.com   (916)532-2801

15. Rob Driskell P.O. Box 26012 Colorado Springs, Colorado [80936] 719-201-5392 rdriskell@unseen.is

16. Michael Driskell 4990 Decatur St. Denver, Colorado [80221] 720-514-0111 58michaeld@gmail.com

17. Troy W Brown 6351 W Brittany Place Littleton Colorado 720 561-1800

18. Greg Giehl PO Box 5817 Pagosa Springs, Colorado Landline# 970-264-0055,

19. Esther Jean Williams 1024 East Ash Street Pueblo, CO 81001 (719) 544-5362 estherwilliams@comcast.net   6

20. Janis Blease Janis80138@msn.com

21. Johnny Bernarld Mikel, the man, 109 South Independence Avenue Dearing, Kansas 67340-9998 non domestic outside U.S.A. jbm41161@yahoo.com   620-515-5165

22. John Guarneri    P.O. Box 152253    Cape Coral, Florida. 33904 xxjohnnyg@yahoo.com   (239)850-4408

23. Mike Makuh c/o 109 Gordon Creek rd, Boulder, Colorado [80302]

24. Susan Beth Ysmael-Hulsebus 4501 Pheasant Lane Rocklin, CA [95865] skyleramelia@yahoo.com , 209-217-4948

25. Erin Elizabeth Hale 1627 Sixth Street Woodland CA 95695 PlexusByE@yahoo.com   (916) 899-1580

26. Gregory Alan Johnson c/o P.O. 1322 Colorado Springs, Colorado Non-Domestic, w/o US gregaj7@gmail.com   719-630-0847

27. Virginia Noel Nye 311 Rainbow Lane Vineland NJ [08360] virginianye27@gmail.com   (856) 974-3932

28. Anastasia Victoria Hartnett 7 PO Box 595 Crystal Bay, NV 89402 530.448.6014

29. Rebecca Sarah Montoya PO BOX 55 Serafina, NM 87569 SaveMaryAndGrace@gmail.com   505.426.5048

30. Barbara A. Monroe 6718 S. Dewberry Boise Idaho 83709 exchange4madi@gmail.com   707-396-2908

31. Marry Ingram P.O. Box 662 Aurora, Missouri [65605] 417 2299782 marrysehrt@gmail.com

32. Susan A Whitney 3629 Lasick Ct Antelope, CA 95843 (916) 316-0474 Sueawhitney@gmail.com

33. Jessica Jacobs 2608 Kokanee way Sacramento California [95826] Jessjacobs23@gmail.com 415-385-4012

34. Tracy Lee Silva W5448 Shady Lane Rd. Mauston WI 53948 Silvatra@Gmail.com   (414)803-2345

35. chris-harold: house of cave c/o Post local box 43692 near Las Vegas, Nevada [99999]

36. Dominick Guarneri 171 Lombardy Lane 8 Banning, California 92220 714 747 4477 xxairmen@yahoo.com

37. Frank Schneider 13816 Cornishcrest Road Whittier, California 90605
FrankaSchneider@gmail.com

38. Robert J. Intlekofer 4625 east county rd.#54 Fort Collins, Colorado
970-214-8754 intlekoferb@yahoo.com.I'am

39. Edward George Novotny 40. Etta Beulah Novotny 917 Brookside Dr.
Cortez, Colorado [81321 (970) 565-8353 enlaw14@msn.com

41. Nelson Diaz Scott P.O. Box 1114 Delta, Colorado [81416] 970-623-1142
4

2. Jakob Hunter Kreycik P.O. Box 87 Paonia, Colorado [81428] 970-527-
6851 kobi44@hotmail.com

43. David V. Graham 12 Little Brook Circle Fredericksburg Va. 22405
540-288-6333 Davidgraham853@gmail.com

44. Teriann Colleen Davis 1403 Eagle St Murfreesboro, TN 37130
55tdavis55@gmail.com   615-999-9437

45. Fred Syndergaard 3199 S. 540 E. 9 Salt lake city, Utah 84106
(801)652-8730 Fredwithfish@gmail.com

46. richard: house of ertle 4195 Douglas Ave. #517 Sedalia, Colorado
[80135-0517] 720 401 6340

47. Sheryl Taylor PO Box 897 Memphis, Tennessee 38101

48. Bruce Doucette 2862 W Centennial Dr Littleton Colorado 720-338-
0394

49. stephen-john: nalty c/o Post Office Box 11724 Denver, Colorado Zip
code exempt DMM 602 § 1.3 e (2) coloradoclgj2014forever@gmail.com
720.362.1213

50. Dennis Schuelke 218 Bluegrass Drive Hendersonville, TN 37075 615-
824-5982

51. Jina Yvonne Keller James Howard Keller 1712 Sickle St. Monte Vista,
Colorado 81144 jinaykeller@yahoo.com

52. Jared Dominick Keller Joshua James Keller 1712 Sickle St. Monte
Vista, Colorado 81144 jinaykeller@yahoo.com    10 Ad

**and**

**"FIND YOUR STATE OR NATIONAL COORDINATOR"**
**"State & National Coordinators' Email"**

- **States A-I**

Alabama
David Email: alabama-coordinator@mail.americanstatenationals.us

Alaska
Donna Email: alaska-coordinator@mail.americanstatenationals.us

Arizona
Dennis Email: arizona-coordinator@mail.americanstatenationals.us
Telegram: t.me/ArizonaStateAssembly

Arkansas
Leo Email: arkansas-coordinator@mail.americanstatenationals.us

California
Wayne Email: WayneWCalifornia@protonmail.com

Colorado
Scott Email: colorado-coordinator@mail.americanstatenationals.us

Connecticut
Gary Email: connecticut-coordinator@mail.americanstatenationals.us

Delaware
Annie Email: delaware-coordinator@mail.americanstatenationals.us

Florida
Ralph Email: florida-coordinator@mail.americanstatenationals.us

Georgia
Tom Email: georgia-coordinator@mail.americanstatenationals.us

Hawaii
Joshua Email: hawaii-coordinator@mail.americanstatenationals.us

Idaho
David Email: idaho-coordinator@mail.americanstatenationals.us

Illinois
Bill Email: illinois-coordinator@mail.americanstatenationals.us

Indiana
Kristine Email: indiana-coordinator@mail.americanstatenationals.us

Iowa
Darrold Email: iowa-coordinator@mail.americanstatenationals.us

- **Other Countries**
  **Australia**
  Cameron Email:
  australianstatesassembly@use.startmail.com
  and/or:   asa@use.startmail.com

  **Canada**
  Shyne Email:  htc.shyne@gmail.com

  **Denmark**
  Morten Christensen Email:
  mortenc28@protonmail.com

  **England**
  Indi Email:  info@crowd4good.me

  **Italy**
  Fabio Email:  fabio.florian@gmail.com

  **Portugal**
  Jose Email:  travassosvaldez@gmail.com
  Webistes:  www.reifazdeconta.com
  https://pt.calameo.com/read/006378311e94d85ef6a2a?fbclid=IwAR1Wst8y
  5rAIW0G1XXplnWMqm1yZuj2HdIa1B2SIKkda5jF3EaX8Z8ovCFg

**Romania**
Lucian Email:  mplucian@zohomail.com
- **States J-N**
Kansas
Pamela Email: kansas-coordinator@mail.americanstatenationals.us

Kentucky
Joe Email: kentucky-coordinator@mail.americanstatenationals.us

Louisiana
Adrian Email: louisiana-coordinator@mail.americanstatenationals.us

Maine
Victor Email: maine-coordinator@mail.americanstatenationals.us

Massachusetts
Ed Email: massachusetts-coordinator@mail.americanstatenationals.us

Maryland
John Email: maryland-coordinator@mail.americanstatenationals.us

Michigan
Michigan Assembly Website
Tim Email: michigan-coordinator@mail.americanstatenationals.us

Minnesota
Chester Email: minnesota-coordinator@mail.americanstatenationals.us

Mississippi
Gloria Email: regional@mail.americanstatenationals.us

Missouri
Robin Email: missouri-coordinator@mail.americanstatenationals.us

Montana
Pete Email: montana-coordinator@mail.americanstatenationals.us

Nebraska
Randy Email: nebraska-coordinator@mail.americanstatenationals.us

Nevada
Susan Email: nevada-coordinator@mail.americanstatenationals.us

New Hampshire
John Email: newhampshire-coordinator@mail.americanstatenationals.us

New Jersey
Emily Email: newjersey-coordinator@mail.americanstatenationals.us

New Mexico
Mike Email: newmexico-coordinator@mail.americanstatenationals.us

New York
Todd Email: newyork-coordinator@mail.americanstatenationals.us

North Carolina
Gerald Email: northcarolina-coordinator@mail.americanstatenationals.us

North Dakota
Ann Email: northdakota-coordinator@mail.americanstatenationals.us

- **States O-Z**

Ohio
Gloria Email: ohio-coordinator@mail.americanstatenationals.us

Oklahoma
Sharelle Email: oklahoma-coordinator@mail.americanstatenationals.us

Oregon
Bobby Email: oregon-coordinator@mail.americanstatenationals.us

Pennsylvania
Glenn Email: pennsylvania-coordinator@mail.americanstatenationals.us

Rhode Island
Holly Email: rhodeisland-coordinator@mail.americanstatenationals.us

South Carolina
Chris Email: southcarolina-coordinator@mail.americanstatenationals.us

South Dakota
RC Email: southdakota-coordinator@mail.americanstatenationals.us

Tennessee
Maureen Email: tennessee-coordinator@mail.americanstatenationals.us

Texas
Kim Email: texas-coordinator@mail.americanstatenationals.us

Utah:
Kevin Email: utah-coordinator@mail.americanstatenationals.us

Vermont
Shonagh Email: vermont-coordinator@mail.americanstatenationals.us

Virginia
Anna Email: virginia-coordinator@mail.americanstatenationals.us

Washington
Teri Email: washington-coordinator@mail.americanstatenationals.us

West Virginia
Ron Email: westvirginia-coordinator@mail.americanstatenationals.us

Wisconsin
Paul Email: wisconsin-coordinator@mail.americanstatenationals.us

Wyoming
Will Email: wyoming-coordinator@mail.americanstatenationals.us

David L Coffelt
720-757-7360 davecoffelt@comcast.net

Todd Wheeler Keller newyork-

coordinator@mail.americanstatenationals.us

Duly Verified COMPLAINT, 28 USC 1746(2) within these united and
several States on Formosa:

"Resolved, That Congress desires the immediate restoration, by a full and
perfect return to allegiance, of all the States lately in rebellion; and that
as soon as this is done, and true and undefiled Union men are returned to
Congress, that the States and such members will be admitted to full
communion in the government, and the benefits of legislation extended to
all the States without distinction." Page 230 | Page image

President Johnson did not believe the Union had been torn asunder in
law, so he vetoed some of the Reconstruction Acts:
https://wps.prenhall.com/wps/media/objects/107/109768/ch16_a2_d1.pdf,
https://www.senate.gov/reference/Legislation/Vetoes/Presidents/JohnsonA.
pdf, Reply to Hon. Charles G. Loring, upon "Reconstruction."
By John S. Wright. https://catalog.hathitrust.org/Record/008585422

Johnson worried that the Great Writ would unavail during UNITED
STATES MILITARY GOVERNMENT (Duarte v Dade), and abroad that
has been the case:

*The attitude of perpetual adoration of the writ of habeas corpus will not
confer jurisdiction.*

*The territorial boundaries of the District of Columbia are the terminals of
the jurisdiction of this Court and judges sitting therein.*

*It is assumed there is no desire in some future emergency to reenact either
the conflict between the Courts and the President in his military capacity,
which marked this period of the War between the States, nor the confusion
of the French Revolutionary Wars, where "the frequent intervention of the
civil authorities in matters affecting it, the denunciation of the generals * *
*" rendered impossible the maintenance of strict discipline.*
Shirakura v Royall.

To the House of Representatives:

In compliance with the resolution of the House of Representatives of the 5th of July, requesting the President "to inform the House what States have ratified the amendment to the Constitution of the United States, proposed by concurrent resolution of the two houses of Congress, June 16, 1866," I transmit a report from the Secretary of State.

ANDREW JOHNSON.

Washington, July 9, 1867.

The President acted vocally, loudly, and publicly with his return of the public Acts:

*Now, by this declaratory act, it appears that Congress did not by the original act intend to limit the military authority to any particulars or subjects therein "prescribed," but meant to make it universal. Thus, over all of these ten States this military government is now declared to have unlimited authority. It is no longer confined to the preservation of the public peace, the administration of criminal law, the registration of voters, and the superintendence of elections, but "in all respects" is asserted to be paramount to the existing civil governments.*

*It is impossible to conceive any state of society more intolerable than this; and yet it is to this condition that twelve millions of American citizens are reduced by the Congress of the United States. Over every foot of the immense territory occupied by these American citizens, the Constitution of the United States is theoretically in full operation. It binds all the people there and should protect them; yet they are denied every one of its sacred guarantees.*

*Of what avail will it be to any one of these south southern people when seized by a file of soldiers to ask for the cause of arrest, or for the production of the warrant? Of what avail to ask for the privilege of bail when in military custody, which knows no such thing as bail? Of what avail to demand a trial by jury, process for witnesses, a copy of the indictment, the privilege of counsel, or that greater privilege, the writ of habeas corpus?*

*The veto of the original bill of the 2d of March was based on two distinct grounds, the interference of Congress in matters strictly appertaining to the reserved powers of the States, and the establishment of military tribunals for the trial of citizens in time of peace. The impartial reader of that message will understand that all that it contains with respect to military despotism and martial law has reference especially to the fearful power conferred on the district commanders to displace the criminal courts and assume jurisdiction to try and to punish by military boards; that, potentially, the suspension of the habeas corpus was martial law and military despotism. The act now before me not only declares that the intent was to confer such military authority, but also to confer*

*Page 234 | Page image*

*unlimited military authority over all the other courts of the State, and over all the officers of the State, legislative, executive, and judicial. Not content with the general grant of power, Congress, in the second section of this bill, specifically gives to each military commander the power "to suspend or remove from office, or from the performance of official duties, and the exercise of official powers, any officer or person holding or exercising, or professing to hold or exercise, any civil or military office or duty in such district, under any power, election, appointment, or authority derived from, or granted by, or claimed under, any so-called State, or the government thereof, or any municipal or other division thereof."*

*A power that hitherto all the departments of the federal government, acting in concert or separately, have not dared to exercise, is here attempted to be conferred on a subordinate military officer. To him, as a military officer of the federal government, is given the power, supported by "a sufficient military force," to remove every civil officer of the State. What next? The district commander, who has thus displaced the civil officer, is authorized to fill the vacancy by the detail of an officer or soldier of the army, or by the appointment of "some other person."*

*This military appointee, whether an officer, a soldier, or "some other person," is to perform "the duties of such officer or person so suspended or removed." In other words, an officer or soldier of the army is thus transformed into a civil officer. He may be made a governor, a legislator, or*

*a judge. However unfit he may deem himself for such civil duties, he must obey the order. The officer of the army must, if "detailed," go upon the supreme bench of the State with the same prompt obedience as if he were detailed to go upon a court-martial. The soldier, if detailed to act as a justice of the peace, must obey as quickly as if he were detailed for picket duty.*

*What is the character of such a military civil officer? This bill declares that he shall perform the duties of the civil office to which he is detailed. It is clear, however, that he does not lose his position in the military service. He is still an officer or soldier of the army; he is still subject to the rules and regulations which govern it, and must yield due deference, respect, and obedience towards his superiors.*

*The clear intent of this section is, that the officer or soldier detailed to fill a civil office must execute its duties according to the laws of the State. If he is appointed a governor of a State he is to execute the duties as provided by the laws of that State, and for the time being his military character is to be suspended in his new civil capacity. If he is appointed a State treasurer he must at once assume the custody and disbursement of the funds of the State, and must perform those duties precisely according to the laws of the State, for he is intrusted with no other official duty or other official power. Holding the office of treasurer, and intrusted with funds, it happens that he is required by the State laws to enter into bond, with security, and to take an oath of office; yet, from the beginning of the bill to the end, there is no provision for any bond or oath of office, or for any single qualification required under the State law, such as residence, citizenship, or anything else. The only oath is that provided for in the ninth section, by the terms of which every one detailed or appointed to any civil office in the State is required "to take and to subscribe the oath of office prescribed by law for officers of the United States." Thus an officer of the army of the United States detailed to fill a civil office in one of these States gives no official bond and takes no official oath for the performance of his new duties, but, as a civil officer of the State, only takes the same oath which he had already taken as a military officer of the United States. He is, at last, a military officer performing civil duties, and the authority under which he acts is federal authority only; and the inevitable result is, that the federal government, by the agency of its own sworn officers, in effect assumes the*

*civil government of the State.*

So, admittedly, at the highest levels of American government there have been distinguished disputes as to the proper locus of powers and ultimate dispositions of the rights of conquest, if they obtained. But when asked, almost all citizens readily agree that to their citizenship enquired, the proper and natural reply is: We're Americans.

1.  The LIEN filing (https://vdocument.in/download/american-bar-association-international-bar-american-bar-association- ) by the aforesaid co-Conspirators purports to enquire on allegations: "…the DEPARTMENT OF JUSTICE, are commercial derivations & subsidiaries of the Crown Templar, or Temple Crown, whose Corporate Headquarters is located in the City of London, England. Is this correct? Yes? or No? If No, please explain." Plaintiff Petitioner prays the Court grant declaratory judgement and state the United States Department of Justice is not a business corporation in the sense of a private, pecuniary equity, but is a public entity, duly organized and acting as a body corporate to handle the justice affairs of the executive Department of the general Government as delegated by the Sovereign Peoples in and of their several States through the Great Instruments of the American peoples' and their Nation(s). Plaintiff asserts PETITIONER (petitioner) has standing juris as a cognizable person, among the real, lawful and legal people(s) of the NATION, to assert the right of petition, among the "citizen taxpayers", even though Petitioner resides on the island of Formosa (22 CFR 51.1, 22 CFR 120.13, 22 USC 611(m), 22 USC 619, 18 USC 3185, Neely v Henkel, Lin v US, Duarte v Dade, Rubi v Mindoro, Roa v Insular Collector of Customs, Shirakura v Royall, Epsom v General Myers, Japanese Government v. Commercial Insurance, US-Fullard-Leo), as if an actual "expatriate" living "abroad" and as if an actual "taxpayer", even though constitutionally a native and natural born citizen Potawatomi (see Appendices, from ShareOK.org Taxation of Indian Citizens, Noncitizen Indians Taxation). Plaintiff thus appears, jus tertii, for the Executive Office of the America's Attorneys ("EOUSA" in the "Lien" instrument) and the Attorney for America in this District, on the basis of comity, pursuant to 25 USC 175.

2. The co-conspirator Defendant persons abjure any duty of allegiance to the peoples of these united and several States, seeking to create a new national citizenship composed of descendants from the original colonists (allowing for some naturalized free persons of little color) shareholders of the Chartered Companies settling the colonies by Letters-Patent (Rector v United States, 143 U.S. 457):   Lozada Colon v. U.S. Dep't of State, 2 F. Supp. 2d 43, 45 (D.D.C. 1998) (affirming the Secretary's determination that a United States national lacked the requisite intent to expatriate because the national "want[ed] to remain a resident of Puerto Rico").

Essentially, the co-Conspirators allege inalienable personal and private rights to individual and ethnic self-determination, if by wholly peacable means (see GABOR, Quo Vadis Domine). But the repeated written threats in the JURAL Assemblies Handbook belies a peacable address to her mustered assemblages (ex parte Bollman, 8 US 75).

They want to use the interstate highway system, but not be held accountable or responsible for exactions, contributions, or impositions, to ensure that the system is maintained (Underhill v Hernandez, there is no substantive law of belligerent occupation when a foreign army of occupation in foreign occupied territory takes American waterworks for public hygiene and necessary necessities of the troops of occupation). This recalls recent interlocution on High about asymmetric low intensity conflict:

JUSTICE ALITO: Well, let me give you an example. I -- I think one of the -- one of the things that Congress asserted when it established the interstate highway system was the need for those highways for defense purposes. So would that mean that Congress could authorize individuals to sue states for failing to maintain highways properly or failing to patrol them properly?

MR. TUTT: Well, I think that if there was a limit, it would be a limitation on the war powers themselves. It would be an internal limitation, not a sovereign prerogative of the states to say that that was a limitation on the war powers. And that -- that's ultimately what -- what I'm saying.

JUSTICE ALITO: Are -- are you saying that the establishment of
the interstate highway system couldn't be justified under the war powers?

MR. TUTT: No, Your Honor, I'm not. I'm not saying that. But all -- all I
am saying is that to the degree that that would be a boundary case or a
difficult case, it would be because it's a difficult case of the ultimate scope
or extent or tie of the war powers to –

JUSTICE GORSUCH: I guess I'm -- I'm -- I'm confused. Why wouldn't that
be heartland? Why aren't you defending that -- that -- that position?

MR. TUTT: Well, Your Honor, I want to make clear that -- that wherever
you draw the line on the war -- scope or extent of the war powers, the
question in this case is whether, if the states saw the Constitution, read
its text, read the Federalist Number 23, read the Federalist Number 41 --
and I encourage reading the whole -- reading those essays –

JUSTICE GORSUCH: I -- I think you can safely assume this bench will
and has read a lot of things –

MR. TUTT: Yes, Your Honor.

JUSTICE GORSUCH: -- about this case.

MR. TUTT: Yes, Your Honor.

JUSTICE GORSUCH: And I -- I think the question is, if -- if it's essential
to the war powers, if Congress, which -- apparently, the

https://www.supremecourt.gov/oral_arguments/argument_transcripts/2021/20-603_m6io.pdf

3.  As part of their common, joint, plan and conspiracy, as partners in fact,
    the co-Conspirator Defendants, as persons and private parties to this
    litigation, generally and severally share a purposeful Union to effect in
    the: "Meanwhile, we get our own records corrected, join our State Jural
    Assemblies, hold our elections for our land and soil jurisdiction County

Sheriffs, our Justices of the Peace, our Court Recorders, our Coroners, our Public Notaries --- and if our Public Servants ***including the members of the Bar Associations*** don't come to heel, we have the option of ***confiscating their property and deporting them, or exercising extradition and hanging them as traitors and international criminals.*** —Posted: Sunday, January 20, 2019 Updated: May 22, 2019 Table of Contents Page 26 of 209 The Jural Assembly Handbook By: Anna Von Reitz " viz: http://gold-silver.us/forum/archive/index.php/t-99132-p-2.html, https://anationbeguiled.wordpress.com/2019/02/, http://annavonreitz.com/foralljuralassemblies6.pdf , and at page 31 https://famguardian.org/Subjects/Freedom/SelfGovernment/juralassemblyhandbook.pdf , https://www.scribd.com/document/403136771/The-Jural-Assembly-Handbook-pdf , https://national-taskforce.org/jural-assembly, page 31 at http://annavonreitz.com/documents/juralassemblyhandbook.pdf , http://lust-for-life.org/Lust-For-Life/ConstitutionalDeJureAssemblyGrandJury/ConstitutionalDeJureAssemblyGrandJury.htm , https://www.obelievers.com/the-jural-assembly-handbook-justice-anna-von-reitz/ , https://commonwealthofaustraliastatesassembly.com/resources/ , https://commonwealthofaustraliastatesassembly.com/wp-content/uploads/2021/03/Compiled-from-research-into-factual-evidence-of-Treason-Treachery-Sabotage-of-Commonwealth-of-Australia-.compressed.pdf , https://newyorkassembly.net/learn.htm Are those terroristic threatening remarks merely hortatory or precatory, or actual threats ? Petitioner is entitled to a jury de medietate linguae, including citizens of this City of Washington in the County of Washington, in this District, and his fellow citizen Potawatomi, to determine that question.

4. Under Kissinger v Nguyen, a claim asserting a habeas action contrary to the Logan Act (if constitutional consistent with the First Article of amendment to the Articles of the Constitution of the several States in Union), unless also comporting with the second paragraph therein, to privately espouse personal claims for the indigenes of the continent Australia: https://commonwealthofaustraliastatesassembly.com/resources/ . That

is, the Statists Handbook teaches and intends to provide for confinement to custody of "BAR" members by "deportation… extradition…", presumably that means removal from the several States to without the said States, much as this Court's former Chief Judge Lambert castigated as "murder, dispossession, forced marches, assimilationist policy programs, and other incidents of cultural genocide",
Cobell v. Kempthorne, 455 F.3d 317 (2006), Cobell v. Kempthorne, 372 U.S. App. D.C. 232, 455 F.3d 317 (2006). The threat of an imminent imposition of deportation or extradition is legally and lawfully sufficient for custody for habeas review purposes (see Poodry).

5.   Putative inchoate evidence (Meadowlark Lemon v Harlem Globetrotters, even notorious facts may require proving up on evidence adducible or adduced before the Court's DOCKET/docket) of Neutrality Act violations (supra P. 3 text cited): https://commonwealthofaustraliastatesassembly.com/wp-content/uploads/2021/03/Compiled-from-research-into-factual-evidence-of-Treason-Treachery-Sabotage-of-Commonwealth-of-Australia-.compressed.pdf . So, whilst the Statists accuse the Americans of being gullible new world order advocates, they are actually active in organizing similar Commonwealth of common law States abroad, for a truly new world order. And in their Order, there is no room for invoking Divine Providence in sworn oaths or affirmations, as if even teleology fails to persuade them of the obvious fact of the Great Designer and Supreme Lawgiver and Magistrate of Magistrates, the real source of the *Imperium In Imperio*.

6.   Plaintiff asserts causes of action and claims pursuant to the common law on the American continent in this District, as ceded from Maryland, and the formerly rebellious now Repentant Virginia, for the Defendants' conspiracy to deprive civil and political rights contrary to 42 USC 1981 et seq. Your Petitioner has served as a Notary in Oklahoma with a bond duly issued and a "Loyalty" OATH adhered to as compelled to obtain a "Commission". Plaintiff has served as an ad hoc Adviser (Counselor) to the Delegates of Swains Island to the American SAMOA FONO. Petitioner was former Special Adviser for International Law (the Jus Gentium) to the Permanent Mission of

Tuvalu to the UN HQ. Plaintiff is the founding member of Palmyra and Gitmo Bar (Risenhoover v Captain et al). The JURAL Assemblies Handbook manual espouses, exhorts and teaches terroristic threats against the entire American BAR, presumably extending to the Palmyra Territory, USA (though without the US, under US v Fullard-Leo where the Court ultimately declined America's request to confirm and quiet title in right of original sovereign claim, holding for the "Sovereign of today", the mere exercise of rights of sovereignty depends on the prior Hawaiian Kingdom law (see e.g. 22 USC 3301 et seq., 3303(b)(4)) .

7. The offending Handbook squarely accuses the general Government in this District, and constitutes libel and defamation per se, prima facie, calling persons such as Plaintiff who have taken Loyalty OATHS as Census Enumerators and Interpreters, to be "traitors"... and calling for harshest penalties, without any constitutional Bill of Rights to fair trial, and co-Conspirator Defendants advocates a jury need not follow law even if appropriately applicable.

8. Petitioner has sought to mediate with the co-Conspirators, and their leader has replied cordially, but still refuses any cogent dialogue for correction and reproval from a real national.

9. Indeed, the Handbook and movement's Author apparently doesn't know that in the law of nations a national often refers to an expatriate residing abroad, enjoying the national protection (Slaughterhouse Cases, especially when lost at sea or "on the high seas").

10. The Handbook claims to want to finish the Reconstruction in the Union, not the south (see Duarte v Dade, Texas v White), but fails to appreciate Shelby v Alabama and the winding down of much of the ameliorative powers of the 15th amendment in recognition of national progress to equality.

11. The Handbook doesn't recognize the Supreme Court has said all non-Indians are "White persons" for purposes of original land title quiet title actions or purposes of 25 USC 194 (see concurrence of Chief Justice Rehnquist in Wilson v Omaha Nation, "private petitioners", "no

evidence in the record... as to the race", distinguishing *United States v. Perryman,* 100 U.S. 235 (1880)," The Court seems to hold implicitly, therefore, that "white person" in § 194 includes any "non-Indian" individual. I would prefer to make this holding explicit. In my view, any other construction of § 194 would raise serious constitutional questions. To construe § 194 as applicable to disputes between Indians and Caucasians, but not to disputes between Indians and black or oriental individuals, would create an irrational racial classification highly questionable under the Fifth Amendment's equal protection guarantee. To avoid this result, § 194's reference to a "white person" must be read to mean any "non-Indian" individual or entity, and I so interpret the Court's holding today. To the extent that *Perryman* is inconsistent with this reading, I must regard that case as overruled *sub silentio*.")   and that many courts have decided many ethnicities are free White persons (The Race Cases, Ex parte Shahid, 205 F. 812 (1913), https://racism.org/articles/race/16-defining-racial-groups/372-the-racial-classification-cases?start=1 ).

Those shameful precedent merit this Court's sound and loud repudiation, as the Trump v Hawaii Court recognized the writ of error, coram nobis, in Korematsu:

| RACIAL PREREQUISITE CASES- Chronological Order | | |
|---|---|---|
| CASE | HOLDING | RATIONALES |
| In re Ah Yup  1 F. Cas. 223 (C.C.D. Cal. 1878) | Chinese are not White | Scientific Evidence Knowledge Congre |
| In re Camille 6 F. 256 (C.C.D. Or. 1880) | Native American/White Persons half White and half Native American are not White | Legal Precedent |
| In re Kanaka Nian 6 Utah 259 21 Pac. 993 (1899) | Hawaiians are not White | Scientific Evidence |
| In re Hong Yen Chang 84 Cal. 163 24 Pac. 156 (1890) | Chinese are not White | Legal Precedent |
| In re Po 7 Misc. 471 28 N.Y. Supp. 838 (City Ct. 1894) | Burmese are not White | Common Knowled |

| | | |
|---|---|---|
| In re Saito 62 F. 126 (C.C.D. Mass. 1894) | Japanese are not White | Congressional Inte… Knowledge Scienti… Precedent |
| In re Gee Hop 71 F. 274 (N.D. Cal. 1895) | Chinese are not White | Legal Precedent C… |
| In re Rodriguez 81 F. 337 (W.D. Tex. 1897) | Mexican are White | Legal Precedent * |
| In re Burton 1 Ala. 111 (1900) | Native Americans are not White | No Explanation |
| re Yamashita 30 Wash. 234 70 Pac. 482 (1902) | Japanese are not White | Legal Precedent |
| In re Buntaro Kumagai 163 F. 992 (W.D. Wash. 1908) | Japanese are not White | Congressional Inte… |
| In re Knight 171 F. 299 (E.D.N.Y. 1909) | Persons half White, one-quarter Japanese, and one-quarter Chinese are not White | Legal Precedent |
| In re Balsara 171 F. 294 (C.C.S.D.N.Y. 1909) | Asian Whites are probably not White ** | Congressional Inte… |
| In re Najour 174 F. 735 (N.D. Ga. 1909) | Syrians are White | Scientific Evidence |
| In re Halladjiian 174 F. 834 (C.C.D. Mass. 1909) | Armenians are White | Scientific Evidence Legal Precedent ** |
| United States v. Dolla 177 F. 101 (5th Cir. 1910) | Asian Indians are White | Ocular Inspection |
| In re Mudarri 176 F. 465 (C.C.D. Mass. 1910) | Syrians are White | Scientific Evidence |
| Bessho v. United States 178 F. 245 (4th Cir. 1910) | Japanese are not White | Congressional Inte… |
| In re Ellis 179 F. 1002 (D. Or. 1910) | Syrians are White | Common Knowled… Intent |
| United States v. Balsara 180 F. 694 (2nd Cir. 1910) | Asian Indians are White | Scientific Evidence |

| | | |
|---|---|---|
| In re Alverto 198 F. 688 (E.D. Pa. 1912) | Persons three-quarters Filipino and one-quarter white are not White | Legal Precedent C |
| In re Young 195 F. 645 (W.D. Wash. 1912) | Persons half German and half Japanese are not White | Legal Precedent |
| In re Young 198 F. 715 (W.D. Wash. 1912) | Persons half German and half Japanese are not White | Common Knowled |
| Ex parte Shahid 205 F. 812 (E.D.S.C. 1913) | Syrians are not White ***** | Common Knowled |
| In re Akhay Kumar Mozumdar 107 F. 115 (E.D. Wash. 1913) | Asian Indians are not White | Legal Precedent |
| Ex Parte Dow 211 F. 486 (E.D.S.C. 1914) | Syrians are not White | Common Knowled |
| In re Dow 213 F. 355 (E.D.S.C. 1914) | Syrians are not White | Common Knowled Intent |
| Dow v. United States 226 F. 145 (4th Cir. 1915) | Syrians are White | Scientific Evidenc Intent Legal Prece |
| In re Lampitoe 232 F. 382 (S.D.N.Y. 1916) | Filipino/White Persons three-quarters Filipino and one-quarter White are not White | Legal Precedent |
| In re Mallari 239 F. 416 (D. Mass. 1916) | Filipinos are not White | No Explanation |
| In re Rallos 241 F. 686 (E.D.N.Y. 1917) | Filipinos are not White | Legal Precedent |
| In re Sadar Bhagwab Singh 246 F. 496 (E.D. Pa. 1917) | Asian Indians are not White | Common Knowled Intent |
| In re Mohan Singh 275 F. 209 (S.D. Cal. 1919) | Asian Indians are White | Scientific Evidenc |
| In re Thind 268 F. 683 (D. Or. 1920) | Asian Indians are White | Legal Precedent |

| | | |
|---|---|---|
| Petition of Easurk Emsen Charr 273 F. 207 (W.D. Mo. 1921) | Koreans are not White | Common Knowled |
| Ozawa v. United States 260 U.S. 178 (1922) | Japanese are not White | Legal Precedent C Intent Common Ki Evidence |
| United States v. Thind 261 U.S. 204 (1923) | Asian Indians are not White | Common Knowled Intent |
| Sato v. Hall 191 Cal. 510 217 Pac. 520 (1923) | Japanese are not White | Legal Precedent |
| United States v. Akhay Kumar Mozumdar 296 F. 173 (S.D. Cal. 1923) | Asian Indians are not White | Legal Precedent |
| United States v. Cartozian 6 F.2d 919 (D. Or. 1925) | Armeians are White | Scientific Evidence Knowledge Legal I |
| United States v. Ali 7 F.2d 728 (E.D. Mich. 1925) | Punjabis (whether Hindu or Arabian) are not White | Common Knowled |
| In re Fisher 21 F.2d 1007 (N.D. Cal. 1927) | Chinese/White Persons three-quarter Chinese and one-quarter White are not White | Legal Precedent |
| United States v. Javier 22 F.2d 879 (D.C. Cir. 1927) | Filipinos are not White | Legal Precedent |
| In re Feroz Din 27 F.2d 568 (N.D. Cal, 1928) | Afghans are not White | Common Knowled |
| United States v. Gokhale 26 F.2d 360 (2nd Cir. 1928) | Asian Indians are not White | Legal Precedent |
| De La Ysla v. United States 77 F.2d 988 (9th Cir. 1935) | Filipinos are not White | Legal Precedent |
| In re Cruz 23 F. Supp. 774 (E.D.N.Y. 1938) | Native American/African Persons three-quarters Native American and one-quarter African are not African | Legal Precedent |

| Wadia v. United States 101 F.2d 7 (2nd Cir. 1939) | Asian Indians are not White | Common Knowled |
| De Cano v. State 110 P.2d 627 Wash. 1941 | Filipinos are not White | Legal Precedent |
| Kharaiti Ram Samras v. United States 125 F.2d 879 (9th Cir. 1942) | Asian Indians are not White | Legal Precedent |
| In re Ahmed Hassan 48 F. Supp. 843 (E.D. Mich 1942) | Arabians are not White | Common Knowled |
| Ex parte Mohriez 54 F. Supp 941 (D. Mass. 1944) | Arabians are White | Common Knowled |

12. The Handbook also fails to recognize the equally shameful and racist decision in Hodges v. United States 203 US 1 (1906) says Freedmen became citizens, and their progeny, even if the Court expressed doubts as to the wisdom of Congress and the several and defeated States adhesion to those determinations in the supreme organic Law of the Land.

13. The Handbook alleges a birth certificate is a death certificate for a Strawperson /Foundling, and says that for a STATE OF FLORIDA to exist at law, there must be a factual geographic State of Florida as a territory, which operates its municipalities in the chartered corporate body and politic localities on the land of Florida, antecedent to the State, but the author fails to note the Seminole NATION occupied and possessed Florida until their armed removal by the American Armies, and the author apparently doesn't know who ceded Alaska, Florida, the West Coast, or Louisiana Purchase, and what body of law they applied in those jurisdictions (see Appendices, Spanish law of Indians, Hathitrust). Yet, the adherents have never prayed the US Department of State provide a "Consular Report of Death of an American Abroad" for their putative juristic "Abandoned American Foundling(s)", nor do they propose a FOIA request to that Department for passport records showing adjudication to citizenship under 8 USC 1401(f) as a FOUNDLING, even if sought out of time food good cause "shewn".

14. The author of the Handbook claims to want to help women, blacks, minorities... but specifically excludes them from HER Initial Inaugural Quorums, on the basis of categories or facts cognized in the laws arising following the termination of hostilities in most of the continent, to protect civil rights of all persons.

15. The Handbook seeks to ensure that only "White""landholders" may serve as Inaugural Voting JURORS in the JURAL Assemblies of America, but fails to recognize the US Department of State abroad espoused and demanded foreign alien Jurors in England and Ireland for Americans abroad, and in Hawaii by Most Favored Nation/National right under the French Treaty  with the Hawaiian Kingdom (case of Wiley, https://history.state.gov/historicaldocuments/frus1894app2/d8 , https://history.state.gov/historicaldocuments/frus1894app2/d2a "No Frenchman accused of any crime whatever shall be judged otherwise than by a jury composed of foreign residents, proposed by the consul of France and accepted by the Government of the Sandwich Islands.", *CASE OF JOHN WILEY.* *HTTPS://HISTORY.STATE.GOV/HISTORICALDOCUMENTS/FRUS1894APP2/D7* ).

16. The Handbook suggests filing IRS Form 56, and see collected cases on "Sovereign Citizen", MOOR/MOORISH, El-Bey, tax protestor cases.

17. The Handbook disclaims proprietary interest among adherents, but wants to create a private international bank. ("Soon Americans will be able to open their accounts in our private International Trade Banks.") The Handbook does not explain which jurisdiction will cognize such a development, nor whether the Overseas Private Investment Corporation would reinsure its trade risks, political risks or expropriation risks, and whether the said Bank would be at war, legally, with these united and several States, because uttering and espousing "A war may exist where one of the belligerents, claims sovereign rights as against the other."(Brig Amy, 67 US 635).

18. Sabangan v Powell notes America need not exercise rights of sovereignty over a geographical territory in order for persons born native and natural there to obtain to or be conveyed, declared, or deemed to be ("is") an American: *A class whose citizenship was distinct from those in the Northern Mariana was thereby given United States citizenship. As the government concedes — indeed argues — the United States lacked sovereignty over parts of the TTPI. See Temengil v. Trust Territory of the Pac. Islands, 881 F.2d 647, 651-52 (9th Cir. 1989).*

*Thirdly, the government argues that the United States lacked sovereignty over the CNMI prior to 1986. The government adds that the date the United States assumed sovereignty is "critical to the correct disposition of this case." Implicitly the government appears to argue that United States citizenship may be granted only to persons born in areas over which the United States is sovereign. But that is not the law. A child born in France to parents who are United States citizens is a citizen of the United States, 8 U.S.C. § 1401(c), although the United States does not exercise sovereignty in France.*

*Finally, the government argues that section 501's language making the Fourteenth Amendment applicable as if the CNMI "were one of the several States" only means "that the Northern Mariana Islands were to be treated `as if' they were a State,* **but not `as if' they were `in the United States'."** *But* **how could the CNMI be treated as a State without being treated as being in the United States?** *No State governed by the Constitution of the United States exists in a realm outside the realm comprehended by the United States.*

*The Covenant, section 501 makes section 1 of the Fourteenth Amendment apply as if the Northern Mariana Islands "were one of the several States." The language is precise. It speaks as the Constitution itself speaks — e.g., "The House of Representatives shall be composed of Members chosen every second Year by the People of the several States." U.S. Const. art. I, § 2. "The Citizens of each State shall be entitled to all privileges and immunities of Citizens in the several States." U.S. Const. art. IV, § 2.* **The government's effort to distinguish "one of the several States" from a State within the United States depends on gossamer reasoning that common sense must blow away.**

19. Tiede v US notes:   *86 F.R.D. 227* *United States Court of Berlin.*

*UNITED STATES, as the United States Element, Allied*
*Kommandatura, Berlin, v. Hans Detlef Alexander TIEDE and*
*Ingrid Ruske, Defendants.*

*Cr. Case Nos. 78-001, 78-001A. March 14, 1979.*

*SUBSEQUENT HISTORY: Distinguished by:  Harbury v.*
*Deutch, 233 F.3d 596, 344 U.S.App.D.C. 68 (D.C.Cir. Dec 12, 2000) (No.*
*99-5307), as amended (Dec 12, 2000)*

*Within the United States Government, responsibility for occupation*
*functions then shifted from the Defense Department to the Department of*
*State. [FN19]*

*The Court finds the **Prosecution's argument to be entirely without***
***merit. First, there has never been a time when United States***
***authorities exercised governmental powers in any geographical***
***area—whether at war or in times of peace—without regard for***
***their own Constitution**. Ex parte Milligan, 71 U.S. (4 Wall.) 2, 18 L.Ed.*
*281 (1866**). Nor has there ever been a case in which constitutional***
***officers, such as the Secretary of State, have exercised the powers of***
***their office without constitutional limitations**. Even in the long-*
*discredited case of In re Ross, 140 U.S. 453, 11 S.Ct. 897, 35 L.Ed. 581*
*(1891), in which American consular officers were permitted to try United*
*States citizens in certain "non-Christian" countries, t**he Court made its***
***decision under the Constitution—not in total disregard of it. The***
***distinction is subtle but real: the applicability of any provision of***
***the Constitution is itself a point of constitutional law, to be decided***
***in the last instance by the judiciary**, not by the Executive Branch.*

*This fundamental principle was forcefully and clearly announced by the*
*Supreme Court more than a century ago in Ex parte Milligan, 71 U.S. (4*
*Wall.) 2, 120-21, 18 L.Ed. 281 (1866):*

> *[The Framers of the American Constitution] foresaw that troublous*
> *times would arise, when rulers and people would become restive*
> *under restraint, and seek by sharp and decisive measures to*
> *accomplish ends deemed just and proper; and that the principles of*
> *constitutional liberty would be in peril, unless established by*
> *irrepealable law. The history of the world had taught them that*
> *what was done in the past might be attempted in the future. The*

*Constitution of the United States is a law for rulers and people, equally in war and in peace, and covers with the shield of its protection all classes of men, at all times, and under all circumstances. No doctrine, involving more pernicious consequences, was ever invented by the wit of man than that any of its provisions can be suspended during any of the great exigencies of government. Such a doctrine leads directly to anarchy or despotism, but the theory of necessity on which it is based is false; for the government, within the Constitution, has all the powers granted to it, which are necessary to preserve its existence; as has been happily proved by the result of the great effort to throw off its just authority. [Emphasis added.]*

*Although the Supreme Court was reviewing the power of military commissions organized by military authorities in the United States during the Civil War, the wisdom of the principle set forth above is nowhere better demonstrated than in this city, during this occupation, and before this Court.*

*The Prosecution's position, if accepted by this Court, would have dramatic consequences not only for the two defendants whom the United States has chosen to arraign before the Court, but for every person within the territorial limits of the United States Sector of Berlin. If the occupation authorities are not governed by the Constitution in this Court, they are not governed by the Constitution at all. And, if the occupation authorities may act free of all constitutional restraints, no one in the American Sector of Berlin has any protection from their untrammeled discretion. If there aare no constitutional protections, there is no First Amendment, no Fifth Amendment or Sixth Amendment; even the Thirteenth Amendment's prohibition of involuntary servitude would be inapplicable. The American authorities, if the Secretary of State so decreed, would have the power, in time of peace and with respect to German and American citizens alike, to arrest any person without cause, to hold a person incommunicado, to deny an accused the benefit of counsel, to try a person summarily and to impose sentence—all as a part of the unreviewable exercise of foreign policy. [FN68]*

http://www.uniset.ca/other/cs4/86FRD227.html

20. This Court only recently held the Republican Guaranty Clause
    apparently is not so fundamental to American political doctrine, at
    least not if you reside in "American" SAMOA:

| | Civil Action No. 2020-3686 | Doc No. 322 (memorandum |
|---|---|---|
| 03/18/2022 | PINCUS HUETER v. | opinion) |
| | KRUSE et al | by Judge Trevor N. McFadden |

*But first some background. Although American Samoa has its own*
*government, the territory "remains under the ultimate supervision of the*
*Secretary of the Interior." Tuaua v. United States, 788 F.3d 300, 302*
*(D.C. Cir. 2015). Hueter relies on that supervisory authority to find the*
*Secretary liable. He asserts that in her individual and official capacities*
*she is liable "for the actions of the other Defendants by virtue of [ ]her*
*plenary authority over American Samoa." TAC at 25.*

*These injuries are also traceable to the Secretary, though only just. The*
*parties admit that the Secretary seldom wades into the governance of*
*American Samoa. But relevant law vests her with "all civil, judicial, and*
*military powers" of government there. Exec. Order 10264, 16 Fed. Reg.*
*6417 (1951). She thus can reverse any action by the island's Governor or*
*judiciary. See Corp. of Presiding Bishop of Church of Jesus Christ of*
*Latter-Day Saints v. Hodel, 830 F.2d 374, 376-77 (D.C. Cir. 1987). And as*
*the D.C. Circuit has long held, this Court can order her "to take*
*appropriate measures to correct any constitutional deficiencies" on the*
*island. King v. Morton, 520 F.2d 1140, 1144 (D.C. Cir. 1975). Thus, the*
*infringement on Hueter's religious rights by the two judges and by the*
*island's COVID restrictions are redressable by the Secretary. Hueter thus*
*has standing to assert those claims against her.4*

21. The "American State Nationals" fervor movement, abstains from
    invoking the blessings of Divine Providence, and publicly recognizing
    the Supreme Law Giver, by declining to permit oaths or affirmations.
    Their precept implicitly libels anyone acting as a private, proper,
    personal, or general Public Notary, Publick Notary, Notarikon,
    Notaries Public, Notario Publico (in the laws and usages of California
    Norte, Oregon, Washington, Utah, Nevada, Arizona, Texas, Louisiana
    and the Purchase area, and Florida, and the Caribbean islands, Cuba,
    Puerto Rico, Guam, the CNMI, and Philippines).

22. The ASN adherents profess that they wish to "ReConstruct" the Union States, being the Principal Victors in the Civil War, along with the vanquished lands upon whom Congress actually did imposition a Reconstruction through the five Military Departments therein created under five UNITED STATES MILITARY GOVERNMENT Military Governs in COMMAND in said Departments, acting by and for the Commander in Chief, being the duly elected President, of these several States on north America. As such, the members conceive themselves to be foreign to the United States, even if domestic to the American continent, turning the RATIO DECIDENDI, of Neely v Henkel, on its confused head spinning "lost at sea" in a rolling in of fog on the bays of San Francisco, or "in deep waters" atop the rivers of Pennsylvania. Yet, while they appear knowledgeable of the Foreign Agents Registration Act, they appear not to have made a ministerial recordation of their "precarious international status" (We value our international position and we are conscious of the precariousness of our diplomatic front. https://history.state.gov/historicaldocuments/frus1958-60v19/d203 , "has forfeited the right to a perfunctory confirmation of sovereignty at the time of concluding a peace settlement ... that the people of Formosa are entitled to express freely and by secret ballot, their desires with respect to their own destiny" https://history.state.gov/historicaldocuments/frus1949v09/d391 , "has been restored to the Republic … but that this transfer may eventually have to be formalized by appropriate treaty arrangements." https://history.state.gov/historicaldocuments/frus1946v08/d163 ), in the offices of the Department of JUSTICE at the seat of the general Government near the Executive Mansion. They do not deny they find themselves to not presently be "in the several States, the District of Columbia, the Territories, the Canal Zone, the insular possessions, and all other places now or hereafter subject to the civil or military jurisdiction of the United States." Nor do they deny they find their position to be somehow not "when used in a geographical sense, includes the several States, the District of Columbia, the Territories, the Canal Zone, the insular possessions, and all other places now or hereafter subject to the civil or military jurisdiction of the United States;".

Squire Pattons has opined to the general Government's Department of

JUSTICE, and her Attorney GENERAL, that "In your letter you state that the HNC is "not a faction or body of insurgents within … assuming to exercise governmental authority,"" https://www.justice.gov/nsd-fara/page/file/1282111/download . None of the FARA Unit Advisory Opinions seem on point to whether a group of disaffected Americans may exercise the inalienable right of voluntary expatriation, while remaining lawful persons on the soil of the land… (Efron ex rel. Efron v. United States, 1 F. Supp. 2d 1468 (1998), Alsberry v. Hawkins, 39 Ky. 177, 9 Dana 177 (1839), That alternative route to nationality is not at issue here. Perdomo-Padilla v. Ashcroft, 333 F.3d 964 (2003) ) https://www.justice.gov/nsd-fara/advisory-opinions .

Perhaps the Alaskan Ms. Von REITZ considers herself appertaining to the native and indigenous Alaskans, and foreign to the existing American general Government under Dred Scott v Sandford and Elk v Wilkins: "…these Indian political communities have always been treated as foreigners not living under our Government. It is true that the course of events has brought the Indian tribes within the limits of the United States under subjection to the white race, and it has been found necessary, for their sake as well as our own, to regard them as in a state of pupilage, and to legislate to a certain extent over them and the territory they occupy. But they may, without doubt, like the subjects of any other foreign Government, be naturalized by the authority of Congress, and become citizens of a State, and of the United States, and if an individual should leave his nation or tribe and take up his abode among the white population, he would be entitled to all the rights and privileges which would belong to an emigrant from any other foreign people."

*Her claim was resisted chiefly on the ground that she had ceased to be a citizen of Kentucky and of the United States; which she denied, though she had sued as a non-resident. And the Circuit Judge, being of the opinion that she had become an* alien, *dismissed her bill.*

*As it is an undoubted doctrine of the common law of England, in force here, that an alien cannot hold or take* *\*178*dower in land in this State, *there can be no doubt that, if Mrs. Alsberry had ceased to be a citizen of the United States when her husband died, her bill was properly dismissed; because her initiate right to dower, whilst a citizen of*

*Kentucky, could never become consummate by operation of law, unless, at the time of her husband's death, she had a legal capacity to take and hold.*

*The right of an American citizen to emigrate, and renounce his allegiance to the government of the Union and of his state, is universally conceded. And whenever the right has been exercised, it is presumed to have been done with the concurrence of both governments, tho' without the express sanction of either.*

*The mode of expatriation might, no doubt, be regulated by law; but no limitation of the right having been prescribed, one who has, in good faith, become a citizen or subject of a foreign power, must be considered as being denationalized here, at least as to civil rights, and as long as the government acquiesces.*

*A* Va. *statute provides a mode of establishing the fact of expatriation: but it is not the only mode.*

*A former citizen of Ken. who has emigrated to Texas, is presumed to have done so* *179with the acquiescence of the governments of that state and of the union, and must be deemed an alien, even as to political rights* & *duties, and still more decisively so, where rights merely civil are involved.*

*178Whatever may be the speculative or practical doctrines of feudal governments or* ages—*allegiance, in these United States, whether local or national, is, in our judgment, altogether conventional, and may be repudiated by the native as well as adopted citizen, with the presumed concurrence of the government, without its formal or express sanction. Expatriation may be considered a practical and fundamental doctrine of America. American history, American institutions, and American legislation, all recognize it. It has grown with our growth and strengthened with our strength. The political obligations of the citizen and the interests of the Republic may forbid a renunciation of allegiance by his mere volition or declaration at any time and under all circumstances. And therefore, the government, for the purpose of preventing abuse and securing the public welfare, may regulate the mode of expatriation. But when it has not prescribed any limitation on the*

*right, and the citizen has, in good faith, abjured his country, and become a subject or citizen of a foreign nation, he should, as to his native government, be considered as denationalized, especially so far as his civil rights may be involved, and at least so long as that government shall seem to acquiesce in his renunciation of his political rights and obligations.*

*By a legislative act of 1786, our parent State recognized the right of voluntary expatriation, and prescribed a very simple and summary mode of authenticating the exercise of it. But this prescribed proof of expatriation, thus declared to be conclusive, is not, of course, the only admissible or satisfactory evidence of the fact that the admitted right has been exercised.*

**Taxation of** Indian Citizens
Senate Report No. 1003, 52nd Congress, 1st Session (1892) (1892-07-20)
https://shareok.org/handle/11244/41081 ,
https://shareok.org/handle/11244/35723 **Report on Indians taxed and Indians not taxed in the United States (except Alaska) at the Eleventh Census: 1890**

Von REITZ argues that woman must be excluded from the Inaugural Qurom of her JURAL Assemblages, presumably because the common law disabilities of the married woman were not completely addressed on point in the obiter dicta in Obgerfell, and because she doesn't appreciate the Ninth Judicial Circuit's superintendence to her sister courts in the Alaskan peninsula: Singh v. Holder，   https://www.gpo.gov/fdsys/pkg/USCOURTS-ca9-07-71289/pdf/USCOURTS-ca9-07-71289-1.pdf
*The unity of husband and wife in today's America is not so close that a wife speaks for a husband, nor that a husband adopts his wife's words.*

Hampton v. Mow Sun Wong, 426 U.S. 88, 48 L. Ed. 2d 495, 96 S. Ct. 1895 (1976)
During this period the Postal Service Personnel Handbook provided:

"317.3 Citizenship Requirements
".31 Applicability

".311 Except as provided in 317.312 below, only persons who are citizens of, or owe allegiance to the United States shall be given appointments in the Postal Service. Natives of American Samoa are the only noncitizens who, as a group, owe permanent allegiance to the United States.

".312 Regional Postmasters General may approve individual appointments of noncitizen nationals under unusual circumstances such as when qualified citizens are not available. These appointments will be subject to the individual prior approval of the Regional Postmaster General.

".32 Responsibility for Determining Citizenship

"The appointing officer is responsible for determining that all persons selected for appointment meet the citizenship requirement." Transmittal Letter 2, 8-18-72.

The discretion reposed in fifty state legislatures, born of political compromise, belies uniformity. A national ship of state cannot sail a straight line if each laboring oar decides for itself whether to sit idle, pull in tandem with Congress, or row backwards. Uniformity is provided by lip service, nothing else.

Guaman v. Velez, 432 N.J. Super. 230, 74 A.3d 931 (2013)

The Southern Poverty Law Center elucidates:

*"To separate from their corporate shell, sovereign citizens use a series of convoluted steps, often shared with them by more veteran sovereigns. This can include actions such as filing documentation with their secretary of state's office declaring themselves sovereign, signing it with red blood or ink thumbprints, and then having their new sovereign identity published in the newspaper."* https://www.splcenter.org/fighting-hate/extremist-files/ideology/sovereign-citizens-movement

Osage County Motor Co. v. Pappin

1929 年 10 月 1 日

139 Okla. 23

· Oklahoma Supreme Court

· Oklahoma

... "So long as members of the Osage Indian Tribe remain under national guardianship,

In addition to conceding that she was firmly resettled in South Africa, Wolde-mariam has admitted that she legally remains a national of Ethiopia.

Woldemariam v. Sessions, 711 F. App'x 154 (2018)

He testified in his own defense regarding his background and connection to the United States. His defense appears to have been that, because of his ties and allegiance to the United States, he was a "national" and thus not subject to 8 U.S.C. § 1326.

At the jury instruction conference, after presentation of the evidence, the district court announced its intention to instruct the jury regarding the definition of "alien." That instruction, which was ultimately given, is as follows:

JURY INSTRUCTION NO_
"ALIEN" — DEFINED
The term "alien" means any person who is not a citizen or national of the United States. The term "national of the United States" means a person who, though not a citizen of the United States, owes permanent allegiance to the United States.
You are further instructed that one does not become a "national of the United States" simply by residing in the United States for a lengthy period of time. The definition "national of the United States" also does not include a person who illegally enters the United States and subjectively considers himself a person who owes permanent allegiance to this country. Examples of "nationals of the United States" include residents of American Samoa and Swains Island and persons who have submitted an application for United States citizenship.
In response, defense counsel stated: "With regard to that instruction, I have no con*861trary authority. It is not something that I have researched. I would ask that that paragraph not be included insofar as it is not the law of the Tenth Circuit and that we proceed with the instruction as originally proposed."

Jury instructions are reviewed "to determine whether, as a whole, the instructions correctly state the governing law and provide the jury with an

ample understanding of the issues and applicable standards." United States v. Fredette, 315 F.3d 1235, 1240 (10th Cir.2003) (internal quotation marks omitted). "While we consider the instructions as á whole de novo to determine whether they accurately informed the jury of the governing law, the district court's decision to give a particular jury instruction is reviewed for abuse of discretion." Id. at 1241.

Mr. Jimenez-Alcala argues that the challenged instruction "was confusing to the jury because it effectively shifted the burden of proof to the defendant by declaring who cannot be a 'national,' and misled the jury by providing examples of 'nationals' which are not definitive." Appellant's Br. 11. We do not agree. The jury instructions placed the burden on the government to prove that Mr. JimenezAlcala was an "alien," which is the statutorily operative term. There is no prohibition on jury instructions that inform the jury what is not included within a definition, as well as what is included.

8 U.S.C. § 1101(a)(3) defines an "alien" as "any person not a citizen or national of the United States." Thus, a defendant may not be convicted under 8 U.S.C. § 1326 if he was either a citizen or a "national." The term "national of the United States" is defined by 8 U.S.C. § 1101(a)(22) as "(A) a citizen of the United States, or (B) a person who, though not a citizen of the United States, owes permanent allegiance to the United States." The statutory language is not self-defining, and might not be understood by an average juror. The district court did not err in providing additional explanation.

Traditionally, the term "national of the United States," when applied to non-citizens, referred to persons born in territories of the United States, a category that has almost become obsolete. Justice Ginsburg recently explained:

Nationality and citizenship are not entirely synonymous; one can be a national of the United States and yet not a citizen. ■ 8 U.S.C. § 1101(a)(22). The distinction has little practical impact today, however, for the only remaining noncitizen nationals are residents of American Samoa and Swains Island.
Miller v. Albright, 523 U.S. 420, 467 n. 2, 118 S.Ct. 1428, 140 L.Ed.2d 575

(1998) (Ginsburg, J., dissenting). In a recent decision, the Ninth Circuit comprehensively analyzed the text of 8 U.S.C. § 1101(a)(22), the history of the term "national," and the decisions of other courts addressing the issue. Perdomo-Padilla v. Ashcroft, 333 F.3d 964 (9th Cir.2003) (Graber, J.), cert. denied, — U.S.-, 124 S.Ct. 1041, — L.Ed.2d -, 72 U.S.L.W. 3248 (2004) (No. 03-445). The Ninth Circuit concluded that "the term 'national,' when used to describe non-citizens, refers only to those born in territories of the United States." Id. at 968. We see no point in repeating that analysis, which we find persuasive and hereby adopt.

The jury instruction provided by the district court was, with one small exception discussed below, a correct statement of the law. The instruction noted, accurately, that a noncitizen does not become a "national of the United States" merely by residing in this country for a lengthy period of time, or by entering illegally and subjectively considering himself a person who owes permanent alie-*862giance to this country. The instruction also correctly listed as "[e]xamples" of nationals residents of American Samoa and Swains Island. In his appellate brief, Mr. Jimenez-Alcala complains that these examples "are not definitive," Appellant's Br. 11, but the jury instruction did not say that they were.

However, the jury instruction was incorrect in one respect. In addition to residents of American Samoa and Swains Island, the instruction listed as among the examples of nationals "persons who have submitted an application for United States citizenship." This example derives from United States v. Morin, 80 F.3d 124 (4th Cir.1996), which sustained the conviction of a defendant for murder of a "national of the United States" where the victim had applied for, but not yet received, naturalization. For reasons ably stated by Judge Graber in Perdomo-Padilla, we do not think this is a correct definition of "national." 333 F.3d at 971-72; accord, Salim v. Ashcroft, 350 F.3d 307, 2003 WL 22751083 (3d Cir. July 15, 2003). But to the extent that this part of the instruction was in error, it could not have been prejudicial. Mr. Jimenez-Alcala's defense seems to have been that his long residence in and family connections to the United States could bring him within the definition of a "national." Therefore, he could only have been helped by an instruction that erroneously suggested that a non-citizen could become a national by means of a unilateral profession of allegiance in a citizenship application. As noted above, Mr. Jimenez-

Alcala's argument that his strong ties to the United States and feelings of allegiance to it could confer on him "national" status was without merit, and the only error we find in the instructions was actually beneficial to him.
United States v. Jimenez-Alcala, 353 F.3d 858 (2003)


Citizenship depends, however, entirely on municipal law…
Tomasicchio v. Acheson, 98 F. Supp. 166


Afroyim v Rush, "citizenship remains in statu quo…"


PRAYER FOR RELIEF

1. Declare the Department of JUSTICE, though headed by the Attorney GENERAL, and advocated to the Highest Court by the Solicitor GENERAL, is not a MILITARY Department of the general GOVERNMENT of the several States.

2. Grant the inclusive venire de medietate linguae, half of citizens of the City of Washington in the County of Washington, in this District, and half of citizen Potawatomi or their trusted First Nations' allies.

3. Declare the Handbook to present viable and genuine imminent threats, contrary to 42 USC 1981 et seq., to present or former Notaries Public, Census Enumerators, averring them to be "traitors" to the Defendants.

4. Declare the Handbook generally calls for disobedience to the general Government inconsistent with the duties of allegiant loyalty indicate of good citizenship.

5. Declare the first Article of amendment to the Articles of the Nation's Organic Instruments, permit even notoriously crazy ideas, if peaceably articulated.

6. Declare that BAR members for the Bar of Palmyra or Guantanamo, as

founded by Petitioner, are persons who enjoy the constitutional right to practice unimpeded by threats of the Handbook, and that said Bars and their Founding Member (or Foundling member adrift, lost at sea, abroad), are entitled to a civil remedy as at law provided, 42 USC 1981 et seq.

7. Grant all motions, equitable and proper relief, damages, and declaratory and injunctive relief, as may be a just award against the Defendants and their conspiracy to deprive Americans of their civil and political rights on the invidious basis of race, gender, marital status, national origin, ethnicity, nationality, and Indian status.

Respectfully submitted for the native and indigenous Formosans, as Next Friend, and Relator,

/s/ 28 USC 1746(2)

Attested under penalty of perjury within the US, its territories and possessions, on FORMOSA island

/s/ //s//   X   invoking 25 USC 2904 citizen Potawatomi illiterate in native tongue

Signed: _____

Dr. Paul Maas Risenhoover, JD, DRC, Esq., Attorney at Law in the Kingdom of Hawaii Palmyra Atoll and Guantananmo Perpetual Lease Areas, under the USA, a Potawatomi Indian Executive Director, Robin Hood International Human Rights Legal Defense Fund of the Yeshiva Bnai Noah of the Bnai Noah Religious Society, and Spiritual Adviser, Allied American Formosa Trust Territory in formation Tainan, Taiwan, FORMOSA, West Pacific

AmericanSTEAMTargetOfficeR@gmail.com,
FormosaCivilGovernment@gmail.com,
NationalSTEAMTargetOfficer@gmail.com,
drpaulmaas@gmail.com,
ilovelibby@gmail.com,
Project14thAmendment@gmail.com

22 USC 619, 22 USC 611(m), 22 CFR 51.1, 22 CFR 120.13, 18 USC 3185, Neely v Henkel, Pearcy v Stranahan (no such relinquishment Treaty exists for US unless the FCN be so deemed in favor of Japan, see implying JCS 1651 is ended and SCAPIN 677 ceased preventing Japan from administering Formosa https://history.state.gov/historicaldocuments/frus1950v06/d774   ( c) What is the United States interpretation of Article 9 of the Japanese Constitution (Renunciation of War)? The United States respects this provision as an expression of the popular will in Japan embodied in Japan's fundamental law. Interpretation of the provision as it bears on Japan's right to defend itself from unprovoked attack, and to prepare for defense against attack, is a matter of Japanese concern under procedures set forth in the Constitution. Should the requisite majorities of the Diet and the people desire to amend the provision that too would lie within their power. (d) What is the United States view regarding Japan's continuing adherence to policy decisions adopted by the Far Eastern Commission, and to directives and orders issued by the Supreme Commander for the Allied Powers? It is considered that the peace treaty will be the sole expression of Allied views binding on Japan after the treaty comes into effect. While it is to be hoped that Japan will continue to observe FEC decisions and SCAP directives of lasting value even though those decisions and directives are not specifically confirmed in the treaty, this would be a matter for the Japanese to decide.)


28 USC 1746(2) affirmed under penalty of perjury (dischargeable)

Certificate of service by email on the Court and all available the parties:

Fredwithfish@gmail.com46, cwheileg@gmail.com, jporter2327@yahoo.com, jacobiam543@gmail.com, keno.steve@yahoo.com, Cjasbedwell@yahoo.com, PleaseHelp@SaveAaliyah.com, rdriskell@unseen.is, 58michaeld@gmail.com, estherwilliams@comcast.net, Janis80138@msn.com, jbm41161@yahoo.com, xxjohnnyg@yahoo.com, skyleramelia@yahoo.com, PlexusByE@yahoo.com, gregaj7@gmail.com, virginianye27@gmail.com, SaveMaryAndGrace@gmail.com, exchange4madi@gmail.com, marrysehrt@gmail.com, Sueawhitney@gmail.com, Jessjacobs23@gmail.com, Silvatra@Gmail.com, xxairmen@yahoo.com, FrankaSchneider@gmail.com, intlekoferb@yahoo.com.I, enlaw14@msn.com, kobi44@hotmail.com, Davidgraham853@gmail.com, 55tdavis55@gmail.com,

Fredwithfish@gmail.com, coloradoclgj2014forever@gmail.com,
jinaykeller@yahoo.com, alabama-
coordinator@mail.americanstatenationals.us, alaska-
coordinator@mail.americanstatenationals.us, arizona-
coordinator@mail.americanstatenationals.us, arkansas-
coordinator@mail.americanstatenationals.us,
WayneWCalifornia@protonmail.com, colorado-
coordinator@mail.americanstatenationals.us, connecticut-
coordinator@mail.americanstatenationals.us, delaware-
coordinator@mail.americanstatenationals.us, florida-
coordinator@mail.americanstatenationals.us, georgia-
coordinator@mail.americanstatenationals.us, hawaii-
coordinator@mail.americanstatenationals.us, idaho-
coordinator@mail.americanstatenationals.us, illinois-
coordinator@mail.americanstatenationals.us, indiana-
coordinator@mail.americanstatenationals.us, iowa-
coordinator@mail.americanstatenationals.us,
australianstatesassembly@use.startmail.com, asa@use.startmail.com,
htc.shyne@gmail.com, mortenc28@protonmail.com, info@crowd4good.me,
fabio.florian@gmail.com, travassosvaldez@gmail.com,
mplucian@zohomail.com, kansas-
coordinator@mail.americanstatenationals.us, kentucky-
coordinator@mail.americanstatenationals.us, louisiana-
coordinator@mail.americanstatenationals.us, maine-
coordinator@mail.americanstatenationals.us, massachusetts-
coordinator@mail.americanstatenationals.us, maryland-
coordinator@mail.americanstatenationals.us, michigan-
coordinator@mail.americanstatenationals.us, minnesota-
coordinator@mail.americanstatenationals.us,
regional@mail.americanstatenationals.us, missouri-
coordinator@mail.americanstatenationals.us, montana-
coordinator@mail.americanstatenationals.us, nebraska-
coordinator@mail.americanstatenationals.us, nevada-
coordinator@mail.americanstatenationals.us, newhampshire-
coordinator@mail.americanstatenationals.us, newjersey-
coordinator@mail.americanstatenationals.us, newmexico-
coordinator@mail.americanstatenationals.us, northcarolina-
coordinator@mail.americanstatenationals.us, northdakota-

coordinator@mail.americanstatenationals.us, ohio-
coordinator@mail.americanstatenationals.us, oklahoma-
coordinator@mail.americanstatenationals.us, oregon-
coordinator@mail.americanstatenationals.us, pennsylvania-
coordinator@mail.americanstatenationals.us, rhodeisland-
coordinator@mail.americanstatenationals.us, southcarolina-
coordinator@mail.americanstatenationals.us, southdakota-
coordinator@mail.americanstatenationals.us, tennessee-
coordinator@mail.americanstatenationals.us, texas-
coordinator@mail.americanstatenationals.us, utah-
coordinator@mail.americanstatenationals.us, vermont-
coordinator@mail.americanstatenationals.us, virginia-
coordinator@mail.americanstatenationals.us, washington-
coordinator@mail.americanstatenationals.us, westvirginia-
coordinator@mail.americanstatenationals.us, wisconsin-
coordinator@mail.americanstatenationals.us, wyoming-
coordinator@mail.americanstatenationals.us, davecoffelt@comcast.net,
newyork-coordinator@mail.americanstatenationals.us