In the United States District Court for the District of Columbia

Risenhoover

v.                                    Civil No. 22-cv-01177 (UNA)

Von Reitz, "Justice of Alaska", et al [Defendants in the DOCKET of this Court]



Motion for FRCP Rule 59 and/or 60 Reconsideration based on new evidence, or submission as an Amended Complaint under 42 USC 1981 et seq., with one cause of action (interference with rights, by conspiracy to deprive thereof):

Reitz calls not only for a natural, "free white man" unfettered of any allegiance, duty or responsibility, to anyone or any fellow, in an odd conception of utter anarchy, but also maliciously promotes seditious attempts to replace all law officers across the continent, and all civil and public servants and officers, and asserts a right to "***confiscating their property and deporting them, or exercising extradition and hanging them as traitors and international criminals***". Recently, the United States Marshals Service arrested an armed intending violent putative felon in the areas appurtenant to the domicile of an Associate Justice of the nation's Article III Supreme judicial body. This Court, should thus reconsider, whether, and if so how, precedent strictly and absolutely protects the Defendant conspirators reliance on the broad blessings of liberty of speech and advocacy and association in the First Article of Amendment to the Constitution of the several States of the Union, the united States of north America, or whether such threats are not mere bellicose posturing, but actionable attempts to deter Americans and proteges in free exercise of their rights to serve as "***County Sheriffs, our Justices of the Peace, our Court Recorders, our***

***Coroners, our Public Notaries --- and if our Public Servants including the members*** ***of the Bar Associations***" without being subject to threats of "***confiscating their*** ***property and deporting them, or exercising extradition and hanging them as*** ***traitors and international criminals***". At the very least the Court should require an Answer of the Defendant conspirators to affirm that their Handbook and Lien, are mere political speech, and not actual threats aiming for imminent "***confiscating their*** ***property and deporting them, or exercising extradition and hanging them as*** ***traitors and international criminals***".

Reitz has recently articulated:

*We reclaim our "reversionary trust interest", act in our declared unincorporated* *capacity, assemble our State Jural Assemblies, restore our Federal States of States,* *call a Continental Congress, and seize back all our purloined public and private assets,* *including our Good Names and Estates. We keep our heads together and prosecute* *them as criminals, because that is what they are. We give Notice to all the hired "law* *enforcement officers" and "agency personnel" that this is what is going on, and we* *remind them of their duty to uphold the Public Law and respect the rights of their* *actual Employers. Meanwhile, we get our own records corrected, join our State Jural* *Assemblies,* ***hold our elections for our land and soil jurisdiction County Sheriffs, our*** ***Justices of the Peace, our Court Recorders, our Coroners, our Public Notaries --- and*** ***if our Public Servants including the members of the*** ***Bar Associations*** *don't come to heel,* ***we have the option of confiscating their*** ***property and deporting them, or exercising extradition and hanging them as*** ***traitors and international criminals.*** *—Posted: Sunday, January 20, 2019*

Reitz accuses Congress of "They have been acting in treason since 1868…".

Reitz also accuses dual citizens of treason:

*The current attempts by the Municipal Government and its Undeclared Agents to* *promote their "Republic" as a substitute for our unincorporated United States of* *America and to promote their "State Republics" — which are merely foreign* *commercial corporation franchises — as a substitute for our "republican states" is at* *best attempted international commercial fraud and at worst* ***open treason*** *against* *our Lawful Government and against the Constitutions we are owed. This is especially* *concerning as regards the issue of citizenship. Those serving the Federal Government* *and their Dependents have always been afforded Dual Citizenship with the intention* *that those Americans providing Federal Services would be able to retain the* *protections of their American State National status at the same time that they*

*worked as either "United States Citizens" or as "Citizens of the United States". Unfortunately, many members of the current Federal Government branches have abused this generous arrangement to adopt totally foreign citizenship obligations. Some consider themselves Dual Citizens of the Territorial and Municipal Governments. Others, like many members of Congress, have styled themselves as Municipal Government Citizens and citizens of entirely foreign countries. Many Democrats and some Republicans function as citizens of their plenary oligarchy and also citizens of Israel, Monaco, England, and so on.*

http://annavonreitz.com/documents/juralassemblyhandbook.pdf

http://annavonreitz.com/commerciallien.pdf

Reitz proposes: "*Representatives of 34 national bar associations gathered in New York, NY on 17 February 1947 to create the I.B.A.. Was this NOT an act of sediton, treason, and "Piracy on Land," pursuant 18 USC #1651-1661?*

Reitz asserts the Electoral College and Article III Court's lifetime tenure violates the Titles clause " *"Electoral College," "Lifetime Judicial Appointments," "Copyrighted, Revenuebearing Statutes, Codes, Rules, Ordinances," etc., created by the A.B.A. are fraudulent, malicious, egregious, and corrupt to the A.B.A.'s core."*

At p. 15 Reitz calls attorneys, implicit felons, thus a defamation per se, for being unregistered "foreign agents".

Reitz refers to the Vatican City State as "Admiralty jurisdiction" or maritime law: ""Jurisdiction of the Sea," or "Holy SEE,"".

Reitz asserts: "Do you agree James O. Broadhead committed treason against the Continental United States government in forming the A.B.A….".

Reitz accuses all Judges, including this Court, and all Clerks, oath officers, notaries, and persons affirming or attesting under penalty of perjury, or invoking 28 USC 1746(1) or (2), of treason*: "each & every Oath prescribed, given, taken, filed, recorded, monetized, and securitized, and placed into commerce, by every justice and judge, is a false & fabricated statement, intended to obstruct free trade & commerce, and is, well beyond any reasonable doubt, a written confession to sedition & treason, taken/given in an "open court of law.""*.

Reitz compares and assimilates oath and affirmation administrators and affiants as Nazi war criminals: *"Would you agree that these Oaths are acts of Sedition & Treason, and that, the judgments handed down at the Nuremberg Trials against those stating, "I was just following orders," were just & accurate?"*

Exhibit A unique neologism etymologies:

Are you Pa**rents**, being the (Pair that Rents,)?   Who **eschew** the **controlling interest** of your babies and automobiles away, by **registering them!**

**Register = "ownerSHIP becomes prerogative of British Royalty though unconscionable virtue":** https://thelawdictionary.org/register/

Are you **Using The Fruits** of another, being the Copyright Birth Certificate?  **Usufruct = own nothing/Slavery**; https://www.merriam-webster.com/dictionary/usufruct

Are you a  **res**ident?   Res = **"Thing"** ; https://www.merriam-webster.com/dictionary/res

Are you a PERSON?   Person = **"Corporation"**, 1 minute;  **https://www.youtube.com/watch?v=vD8lSiJfgW4**

Are you a Human?   Human = **"Monster"; https://thelawdictionary.org/monster/**

Dog-Latin = **"for illiterate**

**Persons"; https://thelawdictionary.org/dog-latin/**

**THIS IS DEBASED DOG LATIN, *italics is debased Dog-Latin, <u>anything underlined is also debased Dog-Latin.</u>***

Now go and take a look at your families Will!   **Family = "House of Slaves"; https://www.etymonline.com/word/family**

Tax payer;   **"Withholding Agent"; = 'Warrant Officer in the British Merchant Marines'**

Reset= "**RE'SET**, *noun* **In Scots law, the receiving and harboring of an outlaw or a criminal."**
http://webstersdictionary1828.com/Dictionary/reset

**The Nut is Cracked by Superior Court Justice, Anna Von Reitz;** http://www.annavonreitz.com/nutiscracked.pdf

**Slavery was outlawed, internationally, in 1926;** https://en.wikipedia.org/wiki/1926_Slavery_Convention
     **We are all "Trafficked Persons, Esp. Women and Children" through unconscionable Birth Certificate Contracting, =          Palermo Protocol violations;** https://en.wikipedia.org/wiki/Palermo_protocols


*The Land and Soil jurisdiction is based on the Bible which forbids taking Oaths; http://annavonreitz.com/oathsandpledges.pdf*
*Oaths are strictly an Inland Piracy, **"Pagan"** or (Pay Again) practice!*

*2) Oaths Are Anti Biblical; http://annavonreitz.com/aboutoathsandaffirmations.pdf*

*3) Lawyer Tells Truth About Oaths; http://annavonreitz.com/ongoingeffort.pdf*

*4) Oaths Constitutions and the 10 Commandments; http://annavonreitz.com/oathsandconstitutions.pdf*

*5) So You Took an Oath, Police & Military; http://annavonreitz.com/soyoutookanoath.pdf*

*6) About Oaths, For Court*
*Record; http://annavonreitz.com/aboutoaths.pdf*

*A) Public Common Law = Law of the Land and Soil jurisdiction.*
*Sui Generis Common Law = law of the Sea, and Inland Piracy jurisdiction, regarding living Men and Women out of Usufruct Subjugation.*

*B) Living Testimony in the Form of an Affidavit = Law of the Land and Soil Jurisdiction.*
*Affidavit = law of the Sea and Inland Piracy jurisdiction, regarding living Men and Women out of Usufruct Subjugation.*

*C) Autograph (with red ink, right Thumb Print) = Law of the Land and Soil Jurisdiction.*
*Signature = law of the Sea and Inland Piracy jurisdiction, regarding living Men and Women out of Usufruct Subjugation.*

*D) Private Bank Account = Law of the Land and Soil Jurisdiction.*
*PERSONal Bank Account = law of the Sea and Inland Piracy jurisdiction, regarding living Men and Women out of Usufruct Subjugation.*

*E) Public Notary = Law of the Land and Soil Jurisdiction.*
*Notary Public = law of the Sea and Inland Piracy jurisdiction, regarding living Men and Women out of Usufruct Subjugation.*

*F) Sons & Daughters = Law of the Land and Soil Jurisdiction.*
*Kids/ Children (Satanic Goats/ Chattel) = law of the Sea and Inland Piracy jurisdiction, regarding living Men and Women out of Usufruct Subjugation.*

*G) Lawful = Law of the Land and Soil Jurisdiction.*
*Legal = law of the Sea and Inland Piracy jurisdiction, regarding living Men and Women out of Usufruct Subjugation.*

*H) Affirmations =   Law of the Land and Soil Jurisdiction.*
***Oaths =  law of the Sea and Inland Piracy jurisdiction, regarding living Men and Women out of Usufruct Subjugation.***

*I) English =  Law of the Land and Soil Jurisdiction.*
***<u>Debased</u> DOG-LATIN for Illiterate Persons =   law of the Sea and Inland Piracy jurisdiction, regarding living Men and Women out of Usufruct Subjugation.***

*J) Lawful Person = Law of the Land and Soil Jurisdiction.*
***Legal PERSONS that God does not respect =  law of the Sea and Inland Piracy jurisdiction, regarding living Men and Women out of Usufruct Subjugation.***

*K) Lawful Persons = Trade and use Trade Banks; (which are coming worldwide, 18 Banks in America).*
***Legal PERSONS = Commerce, and use Commercial Banks.***

*L) Indemnity Bonds =   Law of the Land and Soil Jurisdiction.*
***Legal PERSONS = Insurance Companies, law of the Sea and Inland Piracy jurisdiction, regarding living Men and Women out of Usufruct Subjugation.***

*M) Automobile =  Law of the Land and Soil Jurisdiction.*
***Motor Vehicle = law of the Sea and Inland Piracy jurisdiction, regarding living Men and Women out of Usufruct Subjugation.***

*N) Traveling =  Law of the Land and Soil Jurisdiction.*
***Driving, which derives from the commercial act of Droving =  law of the Sea and Inland Piracy jurisdiction, regarding living Men and Women out of Usufruct Subjugation.***

*O) Highly honourable Policeman and Police Woman =  Law of the Land and Soil Jurisdiction.*
***UNIDROIT Police Officer =  law of the Sea and Inland Piracy jurisdiction, regarding living Men and Women out of Usufruct Subjugation.***

*P) Lawful Currency = Law of the Land and Soil Jurisdiction.*
**Legal Tender (Bankrupt UNIDROIT Promissory Notes) = law of the Sea and Inland Piracy jurisdiction, regarding living Men and Women out of Usufruct Subjugation.**

*Q) Living Man and living Woman = Law of the Land and Soil Jurisdiction.*
**PERSONS, Individuals, Human Beings, Withholding Agents, Residents, Public Citizen = law of the Sea and Inland Piracy jurisdiction, regarding living Men and Women out of Usufruct Subjugation.**

*R) De Jure Common Law = Law of the Land and Soil Jurisdiction.*
**De Facto UNIDROIT, Sui Generis Common Law = law of the Sea and Inland Piracy jurisdiction, regarding living Men and Women out of Usufruct Subjugation.**

*S) Record = Law of the Land and Soil Jurisdiction.*
**Register = law of the Sea and Inland Piracy jurisdiction, regarding living Men and Women out of Usufruct Subjugation.**

*T) Living Men and Women who don't use the poisonous fruits of the Birth Certificate = Law of the Land and Soil Jurisdiction.*
**PERSONS who use the fruits of the Birth Certificate in any way shape or form, AKA Usufruct Subjugation = law of the Sea and Inland Piracy jurisdiction, regarding living Men and Women out of Usufruct Subjugation.**

*U) Reboot = Law of the Land and Soil Jurisdiction.*
**Reset =** *http://webstersdictionary1828.com/Dictionary/reset*
*RE'SET,* **noun In Scots law, the receiving and harboring of an outlaw or a criminal = law of the Sea and Inland Piracy jurisdiction, regarding living Men and Women out of Usufruct Subjugation.**

Exhibit 1:
---------- Forwarded message ---------

From: **Anna von Reitz** <avannavon@gmail.com>
Date: Mon, 6 Jun 2022 at 22:40
Subject: Re: recognition of the Vatican is not entirely a foreign policy question, but one which involves internal American politics
To: Paul Risenhoover americanformosatrustarea@gmail.com


*Again, when I did the Due Process action which included the Pope's directive to his employees it was NOT as a diplomatic mission on behalf of this or that government — it was done on a private basis.   Mano a Mano.*

*You don't grasp who the players are or the jurisdiction they operate in, so you make all these wrong assumptions all the time.*

*The United States I represent in international jurisdiction is The United States, not any version of "the" United States.*
*Again, when I did the Due Process action which included the Pope's directive to his employees it was NOT as a diplomatic mission on behalf of this or that government — it was done on a private basis.   Mano a Mano.*

*You don't grasp who the players are or the jurisdiction they operate in, so you make all these wrong assumptions all the time.*

*The United States I represent in international jurisdiction is The United States, not any version of "the" United States.*

Exhibit 2:
---------- Forwarded message ---------
From: **Ron Vrooman** <ronvrooman38@gmail.com>
Date: Fri, 10 Jun 2022 at 03:07
Subject: are any of you interested in taking your State to a Constitutional republican form of government this year 2022? What took us 3 years to do on Oregon, 1 step at a time can be done by the other 32 States and 17 terrotories in 21 days.
To: Paul Risenhoover <americanformosatrustarea@gmail.com>, Cc:

*We have actually had 5 Grand Jury hearings with Presentments and True Bills.*

*Look up Athens, Tennessee 1947. Either the de facto self corrects to de jure or this is coming.*

*All Power is Inherent in the People*

*It is Up to the Good and the Righteous People vs. Evil Persons*

*As of March, 2022 a Grand Jury from our jury pool of men and women on Oregon has brought forth 3 presentments – the most recent, against the Oregon Health Authority's 46 top persons. In 2021, a Grand Jury and a Trial Jury – consisting of non-U.S. citizen men and women from our jury pool – brought forth Presentments, 3 True Bills against evil doers Kate Brown, Ron Wyden, Jeff Merkley and Suzanne Bonamici on Oregon.*

*Then we implemented Article III. Amendment VII., tried our 1 governor, 2 Senators, 1 House Representative and all but one\* of the 90 Oregon Legislators. We found them all guilty as oath breakers, without honor and may not hold a position of trust; and guilty of due process violation 18 USC 3571 250K for each incident.   Mike Nearman is the exception. We are waiting for 38 de facto Prosecutors to do their job post our trial and convictions of these bad actors..*

*We are the Oregon Statewide Jural Assembly. We meet on Skype most Mondays at 7:00PM. You will be notified. Our function is to return Oregon to a Constitutional republican form of government thru a Grand Jury process this year, 2022! The following is a five-minute read. Then there are some attachments. We are seeking Grand Jury/Trial Jury members to take these ogres to trial. Our documents are found at www.ORSJA.org.*

*Briefly: We are in a malevolent, predatory form of martial law from D.C./United States\* INCORPORATED governance in some form since 1861. Its name is the Lieber Code from Lincoln's Executive Order 100 in color of law. We had a Constitutional republican form of government from 1819 to 1860 or 1861. From 1776 to 1819 it was changing from an overthrown monarchy. Most of the "people from 1776 to 1819, the people at large" were not convinced for a long time.*

*There really is an active conspiracy, the industrial/military/judicial/legislative/executive/banker/ BAR/royalist/Nazi/communist/Catholic/Muslim/Kazarian/Georgia Guidestone complex.*

*This does not involve the true Constitutional republican form of government on each of the several states. As long as there are still "people" -- that is the flesh-blood-soul, body-mind-Spirit, as juxtaposed to "person" -- the ALL-CAP NAME CORPORATE fiction -- all power is inherent in the people.*

*Rather than being subdivisions of the U.S., INC., each state is an autonomous Nation, each with its own Constitution!   All power is inherent in the people. The number of people is not specified and a majority is not required as we are NOT a Democracy. The several states of the Union are the creator party to "The United States of America's Constitution." The "people at large" are beneficiaries. The "people at large" are the creator party to their State's Constitutions. On Oregon, that is Article I. Section1.*

*The STATE OF OREGON's incorporated governance is color of law Article VII amended. It is operated by the Salem oligarchy, aka Kate Brown et al, which is a subdivision of the D.C./United States\* as originally incorporated during Lincoln's era.*

*I think each STATE (33) or TERRITORY (17) OF THE OTHER 49 is about the same. A little more carrot or a little more stick.*

*To remove the Lieber Code/martial law/FEMA the method is clear and written down by the de facto. The Lieber code of Lincoln's EO 100 is nullified by a Civilian Court on the land. So says SCOTUS in Ex parte Milligan. There was no -- none, zero! -- Civilian Courts on the land of Oregon -- until ours! I was told there are one on Texas, one on Philadelphia and one on Georgia. I have been unable to prove this. I do know there is no Article III court that will claim original jurisdiction. They have acquiesced so "we, the people, must do it ourselves, no one can do it for us, we cannot do it alone."*

*The Army Heritage Center 717-245-3972/3949 verified the Lieber Code was updated and still in effect in 2015. No known changes since then. The Judge Advocate General attorney, acronym JAG, knew exactly what I was talking about.*

*A method of returning Oregon to a Constitutional republican form of government was/is: We assembled our 1st amendment Oregon Statewide Jural Assembly 4 years ago. We notified the DOJ, USMS, FBI, USMC, 36 Sheriffs, 30 Senators, A.G, governor, Secretary of State lawfully and none rebutted our claim. They all acquiesced and defaulted. We have proven our claims. See www.orsja.org.*

*We formed Article I; Section 1 of Oregon's Constitution and informed all the same ones. We formed our Civilian Court of record and informed all the same ones. Through Ex Parte Milligan's authority we nullified Lieber Code/martial law/FEMA. Not one rebuttal.*

*We informed the Oregon National Guard/Oregon Organized Militia's JAG and they are not happy and have talked back and hung up. We are awaiting an appointment with their Commanding General. Therefore, we formed our 2nd Amendment well regulated militia on Oregon. No rebuttals.*

*Ex Parte Milligan, 71 U.S. (4 Wall.) 2 (1866), was a landmark decision of the US Supreme Court that ruled the application of military tribunals to citizens when civilian courts are still operating as unconstitutional.*

*Prepared by Francis Lieber, promulgated as General Orders No.100 by President Lincoln, 24 April 1863. Instructions for the Government of Armies of the United States in the Field, prepared by Francis Lieber, LL.D., Originally Issued as General Orders No. 100, Adjutant General's Office, 1863, Washington 1898: Government Printing Office.*

*Article I Section 1 of Oregon's Constitution Natural rights inherent in people.*
*We declare that all men, when they form a social compact are equal in right: that all power is inherent in the people, and all free governments are founded on their authority, and instituted for their peace, safety, and happiness; and they have at all times a right to alter, reform, or abolish the government in such manner as they may think proper. —*

*\*See https://www.oregonlaws.org/ors/79.0307 (8) The United States is located in Washington the District of Columbia.*

*www.orsja.org*
*--*

*--*

# *Returning Oregon to a Constitutional*
# *republican form of government this year 2022*

*There really is an active conspiracy, the*

*industrial/military/judicial/legislative/executive/banker/*
*BAR/royalist/nazi/communist/muslim/catholic/Khazarian/UN/Georgia Guidestone*
*complex.*

## *Sincerely good ole, laughable, lovable, sweet, easy going, everybody loves him, charismatic.   ron..*

## *They Lost when they murdered LaVoy.*

*Seek your Constitutional republican form of government.*
*By: ron vrooman writing for the Beaverton Oversight Committee , Oregon Statewide Jural Assembly and it's Civilian Court of Record, Grand Jury, 2nd Amendment Militia.*
*General Delivery Beaverton, Oregon [97005]*
*[ronvrooman38@gmail.com](mailto:ronvrooman38@gmail.com) 503 641 8375 mobile 503 893 0793*
*I do lawful not legal and put forth my best effort!!!*

The aforesaid pleading, document or instrument is affirmed as duly submitted:

Respectfully submitted for the native and indigenous Formosans, as Next Friend, and Relator, and for America and the Americans, as jus tertii Prochein Ami,

/s/ 28 USC 1746(2)

Attested under penalty of perjury within the US, its territories and possessions, on FORMOSA island

/s/ //s//    X    invoking 25 USC 2904 citizen Potawatomi illiterate in native tongue

Signed: _____

_____

Dr. Paul Maas Risenhoover, JD, DRC, Esq., Attorney at Law in the Kingdom of Hawaii Palmyra Atoll and Guantananmo Perpetual Lease Areas, under the USA, a Potawatomi Indian Executive Director, Robin Hood International Human Rights Legal Defense Fund of the Yeshiva Bnai Noah of the Bnai Noah Religious Society, and

Spiritual Adviser, Allied American Formosa Trust Territory in formation Tainan, Taiwan, FORMOSA, West Pacific

AmericanSTEAMTargetOfficeR@gmail.com,
FormosaCivilGovernment@gmail.com,
NationalSTEAMTargetOfficer@gmail.com,
drpaulmaas@gmail.com,
ilovelibby@gmail.com,
Project14thAmendment@gmail.com

22 USC 619, 22 USC 611(m), 22 CFR 51.1, 22 CFR 120.13, 18 USC 3185, Neely v Henkel, Pearcy v Stranahan (no such relinquishment Treaty exists for US unless the FCN be so deemed in favor of Japan, see implying JCS 1651 is ended and SCAPIN 677 ceased preventing Japan from administering Formosa https://history.state.gov/historicaldocuments/frus1950v06/d774    ( c) What is the United States interpretation of Article 9 of the Japanese Constitution (Renunciation of War)? The United States respects this provision as an expression of the popular will in Japan embodied in Japan's fundamental law. Interpretation of the provision as it bears on Japan's right to defend itself from unprovoked attack, and to prepare for defense against attack, is a matter of Japanese concern under procedures set forth in the Constitution. Should the requisite majorities of the Diet and the people desire to amend the provision that too would lie within their power. (d) What is the United States view regarding Japan's continuing adherence to policy decisions adopted by the Far Eastern Commission, and to directives and orders issued by the Supreme Commander for the Allied Powers? It is considered that the peace treaty will be the sole expression of Allied views binding on Japan after the treaty comes into effect. While it is to be hoped that Japan will continue to observe FEC decisions and SCAP directives of lasting value even though those decisions and directives are not specifically confirmed in the treaty, this would be a matter for the Japanese to decide.)

28 USC 1746(2) affirmed under penalty of perjury (dischargeable)

Certificate of service by email on the Court and all available the parties:

Fredwithfish@gmail.com46, cwheileg@gmail.com, jporter2327@yahoo.com, jacobiam543@gmail.com, keno.steve@yahoo.com, Cjasbedwell@yahoo.com,

PleaseHelp@SaveAaliyah.com, rdriskell@unseen.is,
58michaeld@gmail.com, estherwilliams@comca.lst.net,
Janis80138@msn.com, jbm41161@yahoo.com, xxjohnnyg@yahoo.com,
skyleramelia@yahoo.com, PlexusByE@yahoo.com, gregaj7@gmail.com,
virginianye27@gmail.com, SaveMaryAndGrace@gmail.com,
exchange4madi@gmail.com, marrysehrt@gmail.com,
Sueawhitney@gmail.com, Jessjacobs23@gmail.com, Silvatra@Gmail.com,
xxairmen@yahoo.com, FrankaSchneider@gmail.com,
intlekoferb@yahoo.com, enlaw14@msn.com, kobi44@hotmail.com,
Davidgraham853@gmail.com, 55tdavis55@gmail.com,
Fredwithfish@gmail.com, coloradoclgj2014forever@gmail.com,
jinaykeller@yahoo.com, alabama-
coordinator@mail.americanstatenationals.us, alaska-
coordinator@mail.americanstatenationals.us, arizona-
coordinator@mail.americanstatenationals.us, arkansas-
coordinator@mail.americanstatenationals.us,
WayneWCalifornia@protonmail.com, colorado-
coordinator@mail.americanstatenationals.us, connecticut-
coordinator@mail.americanstatenationals.us, delaware-
coordinator@mail.americanstatenationals.us, florida-
coordinator@mail.americanstatenationals.us, georgia-
coordinator@mail.americanstatenationals.us, hawaii-
coordinator@mail.americanstatenationals.us, idaho-
coordinator@mail.americanstatenationals.us, illinois-
coordinator@mail.americanstatenationals.us, indiana-
coordinator@mail.americanstatenationals.us, iowa-
coordinator@mail.americanstatenationals.us,
australianstatesassembly@use.startmail.com, asa@use.startmail.com,
htc.shyne@gmail.com, mortenc28@protonmail.com, info@crowd4good.me,
fabio.florian@gmail.com, travassosvaldez@gmail.com,
mplucian@zohomail.com, kansas-
coordinator@mail.americanstatenationals.us, kentucky-
coordinator@mail.americanstatenationals.us, louisiana-
coordinator@mail.americanstatenationals.us, maine-
coordinator@mail.americanstatenationals.us, massachusetts-
coordinator@mail.americanstatenationals.us, maryland-
coordinator@mail.americanstatenationals.us, michigan-
coordinator@mail.americanstatenationals.us, minnesota-

coordinator@mail.americanstatenationals.us,
regional@mail.americanstatenationals.us, missouri-
coordinator@mail.americanstatenationals.us, montana-
coordinator@mail.americanstatenationals.us, nebraska-
coordinator@mail.americanstatenationals.us, nevada-
coordinator@mail.americanstatenationals.us, newhampshire-
coordinator@mail.americanstatenationals.us, newjersey-
coordinator@mail.americanstatenationals.us, newmexico-
coordinator@mail.americanstatenationals.us, northcarolina-
coordinator@mail.americanstatenationals.us, northdakota-
coordinator@mail.americanstatenationals.us, ohio-
coordinator@mail.americanstatenationals.us, oklahoma-
coordinator@mail.americanstatenationals.us, oregon-
coordinator@mail.americanstatenationals.us, pennsylvania-
coordinator@mail.americanstatenationals.us, rhodeisland-
coordinator@mail.americanstatenationals.us, southcarolina-
coordinator@mail.americanstatenationals.us, southdakota-
coordinator@mail.americanstatenationals.us, tennessee-
coordinator@mail.americanstatenationals.us, texas-
coordinator@mail.americanstatenationals.us, utah-
coordinator@mail.americanstatenationals.us, vermont-
coordinator@mail.americanstatenationals.us, virginia-
coordinator@mail.americanstatenationals.us, washington-
coordinator@mail.americanstatenationals.us, westvirginia-
coordinator@mail.americanstatenationals.us, wisconsin-
coordinator@mail.americanstatenationals.us, wyoming-
coordinator@mail.americanstatenationals.us, davecoffelt@comcast.net,
newyork-coordinator@mail.americanstatenationals.us