# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 22-7088**  **September Term, 2022**

**1:22-cv-01177-UNA**

**Filed On: November 18, 2022** [1974363]

Paul Maas Risenhoover,

    Appellant

    v.

Anna von Reitz, now tradenamed Anna Reitz, as successor governing authority to the former municipal bond entity Anna von Reitzenger, as successor governing authority to the former Territorial Citizen Anna von Reitz, and any permutations and combinations thereof such, also known as Anna von Reitzinger,

    Appellee

## M A N D A T E

    In accordance with the order of October 19, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                        BY:    /s/
                                       Daniel J. Reidy
                                       Deputy Clerk

Link to the order filed October 19, 2022